

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

May 20, 2021

Re:  20-cr-0434, *USA v Schulman*

### LETTER ORDER

Dear Parties:

The Court has received the parties' correspondence regarding their current discovery dispute.  ECF Nos. 33-35.  Based on the parties' representations, the Court GRANTS Defendant's request to file his motion to compel, which shall be due **June 4, 2021**, and the Government's response shall be due **June 18, 2021.** Each submission shall not exceed 20 pages exclusive of exhibits.  The Defendant's reply shall be due **June 25, 2021** and shall not exceed ten (10) pages exclusive of exhibits.  The Court DENIES without prejudice to resubmit Defendant's request to file *ex parte* correspondence with the Court.  A hearing on the motion to compel will take place **Thursday, July 1, 2021 at 10:00 a.m.**  Counsel are directed to coordinate with chambers as to whether this hearing will be in person or virtually.  The status conference currently scheduled for June 1, 2021 will be canceled and the status will be conducted at the same time as the discovery motions hearing.

Despite the informal nature of this correspondence, it constitutes an order of the Court and shall be docketed as such.

Sincerely,

/S/
PAULA XINIS
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov