IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-20-0434 |
| | * | |
| JEREMY WYETH SCHULMAN, | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| | ******* | |

## ORDER GRANTING EXTENSION OF TIME TO SUBMIT STATUS REPORT

Upon consideration of the Parties' joint motion and there being good cause shown, it is this ___7th___ day of July 2021:

**ORDERED** that **pursuant to 18 U.S.C. § 3161(h)(7), the time period between June 1, 2021 and July 8, 2021, be excluded from the time period within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c).**

DATE: __July 7, 2021__

/S/
_____
Hon. Paula Xinis
United States District Court Judge
District of Maryland

8