UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY WYETH SCHULMAN,<br><br>Defendant. | Criminal Action No. PX-20-0434 |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| TBD | Defendant to supplement/add motions to suppress and other pretrial motions |
| TBD | Government's Omnibus Response |
| TBD | Motions Hearing |
| TBD | Motions *in Limine* due |
| TBD | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| TBD | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| October 11, 2022 | Trial begins. Expected length: 3 weeks (Week 1, Tuesday–Friday; Week 2 and 3, Monday – Thursday) |

Dated: July 8, 2021

_____/S/_____
Paula Xinis
United States District Judge