IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY SCHULMAN** | : | |

**DEFENDANT JEREMY SCHULMAN'S MOTION TO RECEIVE A TRANSCRIPT OF MOTION HEARING HELD UNDER SEAL ON JULY 8, 2021 AND COPY OF SEALED DOCUMENT AT ECF NO. 59**

Pursuant to the Court's Electronic Case Filing Policies and Procedures Manual, Section J.1. Release of Sealed Information, Defendant Jeremy Schulman, through counsel, respectfully moves the Court for authorization to receive a transcript of the Motion Hearing held under seal on July 8, 2021 and a copy of the Sealed Document filed at ECF No. 59. Mr. Schulman seeks access to the transcript and sealed document in preparation for his defense.

Mr. Schulman therefore respectfully requests that the Court enter an order allowing Mr. Schulman to receive a transcript of the Motion Hearing held under seal on July 8, 2021 and a copy of the Sealed Document filed at ECF No. 59.

[SIGNATURE BLOCK NEXT PAGE]

2

| | |
|---|---|
| Dated: July 16, 2021 | Respectfully submitted,<br>/s/ _____<br>Mark J. MacDougall (MD Bar No. 851201)<br>Paul W. Butler (*Pro Hac Vice*)<br>Melissa D. Whitaker (*Pro Hac Vice*)<br>Allison S. Thornton (*Pro Hac Vice*)<br>*Counsel for Jeremy Wyeth Schulman*<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone:  (202) 887-4000<br>Fax:  (202) 887-4288<br>E-mail:  mmacdougall@akingump.com<br>             pbutler@akingump.com<br>             mwhitaker@akingump.com<br>             athornton@akingump.com<br><br>/s/ _____<br>Stanley Woodward (MD Bar No. 18115)<br>*Counsel for Jeremy Wyeth Schulman*<br>Brand Woodward Law<br>1808 Park Rd NW<br>Washington, DC 20010<br>Telephone:  202.996.7447<br>Fax:  202.996.0113<br>E-mail:   stanley@brandwoodwardlaw.com |