

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*David I. Salem*
*Assistant United States Attorney*
*David.Salem@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4237*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*

August 16, 2021

The Honorable Paula Xinis
United States District Court
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

Re:     Supplemental Information in Support of the Government's Opposition (ECF 51).

Dear Judge Xinis:

Pursuant to the Court's instructions at the July 8, 2021 Status Hearing, and the subsequent Letter Order (ECF 56), below is a factual representation of the efforts the Government has undertaken in connection with the Defendant's Motion to Compel Production of Evidence from Specified Agencies of the U.S. Intelligence Community (ECF 44).

The defense requested information from five Intelligence Community agencies: (1) the Central Intelligence Agency ("CIA"), (2) the Bureau of Intelligence and Research of the U.S. Department of State, (3) the Office of Terrorism and Financial Intelligence of the U.S. Department of the Treasury, (4) the Intelligence Branch of the Federal Bureau of Investigation ("FBI"), and (5) the National Security Agency of the U.S. Department of Defense ("NSA"). As stated in the Government's Opposition (Docket No. 49), the five agencies are not part of the prosecution team, nor does the Government have any knowledge that any of them possess any exculpatory information in relation to the 11 conspiracy, fraud, and money laundering charges in the indictment. Any efforts the Government has made to query any of the agencies do not change these facts or waive any arguments to the contrary.[1]  Thus, for the reasons set forth in our opposition (ECF 49), and as explained during the July 8 status conference, the Defendant's motion should be denied on the merits and/or denied as moot.  Nevertheless, the Government's efforts to obtain information from these five agencies is summarized below.

## I.      CIA and NSA

The Government (prior to the July 8 conference) sent a request to the CIA and NSA, asking for any documents related to Jeremy Schulman in the time period from 2009 to 2014.  The Government did not limit its request to any specific type of document or provide any limiting instructions.  As to these agencies, the Government has fully discharged its discovery obligations with respect to the request.

---

[1]      To the extent the Government identifies any information related to Abdiaziz Amalo, it will be produced as required by *Giglio* or court order.

## II.      The Bureau of Intelligence and Research of the U.S. Department of State

During the investigation that preceded the indictment, the Government requested and received documents related to Schulman from the U.S. Department of State ("State Department"). As discussed in the Government's letter to the Court regarding the State Department (ECF 43), the Government has produced to the defense all the State Department records that it has received. Further, the Government understands that the State Department intends to provide the Government with a log identifying materials responsive to the Government's request that were withheld by the State Department as privileged.  The Government will provide that log to the defense.

The Government, in requesting materials during the investigation, did not dictate to the State Department which bureaus or offices it should search.  The Government understands that the State Department's Office of the Legal Advisor made an informed judgment as to which bureaus or offices were reasonably likely to possess responsive records, and the Bureau of Intelligence and Research was not among them.  The State Department was not a part of the prosecution team and the Government has no reason to believe that the Bureau of Intelligence and Research—contrary to the judgment of the State Department's Office of the Legal Advisor —possesses responsive, let alone exculpatory, information.  The Government has not requested that the State Department conduct an additional search for records there.

## III.      The Office of Terrorism and Financial Intelligence of the U.S. Department of the Treasury

As discussed at the July 8 status hearing, this agency is not part of the prosecution team, and the Government has no reason to believe that it possesses exculpatory information.  We did not request or receive any information from this agency.  Schulman contends that an email between an official of this agency and State Department officials, in which the officials discuss the involvement of private attorneys and lobbyists in the Government of Somalia's efforts to obtain access to sovereign assets, shows that Treasury Department officials "were aware of – and even authorized – Mr. Schulman's efforts." (ECF 51.)    There is nothing exculpatory, however, about the mere fact that officials at the Treasury Department were aware of some of Schulman's activities.  And Schulman has provided no information showing that anyone at the Treasury Department *authorized* Schulman to do anything, or that any Treasury Department officials were aware of Schulman's specific conduct alleged in the indictment.

## IV.      The FBI Intelligence Branch

The FBI searched its files, without any limitations, for any mention of Jeremy Schulman. The FBI's search encompassed the FBI's Intelligence Branch, irrespective of whether that office was part of the prosecution team.  We have produced responsive information pursuant to our discovery obligations to date, and in the event any of this information is required to be produced by the Jencks Act, *Giglio*, or court order, we will continue to produce it.  Further—although there is no reason to believe that Jeremy Schulman was intercepted or captured in any FISA warrant—the FBI searched that database for his name and two phone numbers. No records were found.

Please contact us if you have any further questions.

Sincerely,

JOSEPH BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION

JONATHAN LENZNER
ACTING UNITED STATES ATTORNEY


_____/s_____
JASON M. MANNING
AMY MARKOPOULOS
Trial Attorneys
(202) 514-6256/616-1514
Jason.Manning@usdoj.gov /
Amy.Markopoulos@usdoj.gov

_____/s_____
DAVID I. SALEM
Assistant United States Attorney
(301) 344-4237
David.Salem@usdoj.gov



Encl.

Copies to:
Paul Butler, Esq.
Akin Gump Strauss Hauer & Feld LLP

Stanley Woodward, Esq.
Brand Woodward Law
1808 Park Road NW
Washington, DC 20010