UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. PX-20-0434 |
| : | |
| JEREMY WYETH SCHULMAN : | |
| : | |

## MOTION FOR CONTINUANCE OF FEBRUARY 15, 2022 HEARING/STATUS CONFERENCE

The Government, through its undersigned attorneys, respectfully moves this Honorable Court for a brief continuance of the February15, 2022 hearing and in support thereof states the following:

1.  A hearing on discovery matters was set in for February 15, 2022.  At that time, all parties were then available.  Since that time, a trial scheduled for Mr. Manning was slightly delayed and is now expected to go through the entire week of February 14, 2022.  In addition, a significant internal US Attorney's Office training on trial matters was scheduled for February 15, which the undersigned had not noted prior to the scheduled hearing.  The training is expected to be in person in Baltimore and at this time involves more than 20 participants.

2.  When the government contacted defense counsel, they indicated that moving the date to February 23, 24 or 25 was acceptable, but later than that was not acceptable.  This Court was not available on those dates and posed alternate dates of March 2 (2:30pm), March 3 (11:30am) and March 4 (1pm).  The undersigned proposed the March 2 alternate date – a mere 5 days after the February 25 date the defense had previously agreed to – but defense counsel refused to agree to the alternate date.  One of the defense concerns appears to be pending Rule 15 motions, but the defense (and the government) filed motions without any logistics preparations

provided to the Court, which is more typical. To the extent the requested continuance involves decisions on the Rule 15 motions, the defense (and in fact, both parties) can and should put logistics preparations in motion (e.g.: contacting witnesses to determine if they are available and where they may be available for late spring/summer or other deposition dates and times), even if the motions are opposed. The requested continuance does not interfere with those preparations and does not interfere with any scheduled dates and times, since none has been established.

3. The continuance will allow all parties to be fully present and represents a brief extension of the original date.

4. WHEREFORE, the government respectfully requests a continuance to one of the available alternate dates and times provided by the Court.

| | |
|---|---|
| JOSEPH BEEMSTERBOER<br>Acting Chief<br>Fraud Section | EREK L. BARRON<br>United States Attorney<br>District of Maryland |
| /s/<br>Jason M. Manning<br>Amy Markopoulos<br>Trial Attorneys | /s/<br>David I. Salem<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. PX-20-0434 |
| JEREMY WYETH SCHULMAN, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the government's motion to continue the February 15, 2022 hearing on discovery matters until March \_\_\_ at \_\_\_\_\_ am/pm. The hearing is hereby continued until the date and time noted in this Order.

_____
Paula Xinis
United States District Judge