UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY WYETH SCHULMAN,<br><br>Defendant. | Criminal Action No. PX-20-0434 |

## AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the recorded call held June 24, 2022, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| July 15, 2022 | Government's Response to Motion to Dismiss |
| August 5, 2022 | Defendant's Reply to Motion to Dismiss |
| September 6, 2022 at 12:00 p.m. | Motions Hearing on Motions to Dismiss |
| TBD | Defendant's Motion to Suppress |
| TBD | Government's Response to Motion to Suppress |
| TBD | Motions Hearing on Motions to Suppress |
| TBD | Motions *in Limine* due |
| TBD | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| TBD | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |

| | |
|---|---|
| May 15, 2023 | Trial begins.  Expected length:  3 weeks |

Dated: July 13, 2022

                                        /S/
                                Paula Xinis
                                United States District Judge