

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *David I. Salem* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4237* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *David.Salem@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

November 10, 2022

The Honorable Paula Xinis
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:    *United States v. Jeremy Schulman*
              Criminal No.:  PX-17-0434

Dear Judge Xinis:

    The government is in receipt of defendant's Request for Scheduling, filed on this date. ECF 196.  We do not intend to further burden the Court with a response, other than to note that the Government has been working to accommodate the defendant's schedule since the beginning of this process, which included making schedule requests of a foreign government, whose schedule we do not control, and the defendant's letter misrepresents the facts.

We intend to abide by this Court's Order and provide an agreed-upon date for the motions hearing by November 14, 2022.

    Please feel free to contact me if you have any further questions.

| | |
|---|---|
| GLENN S. LEON | EREK L. BARRON |
| Chief | United States Attorney |
| Fraud Section | District of Maryland |
| | |
|     /s |     /s |
| Jason M. Manning | David I. Salem |
| Amy Markopoulos | Assistant United States Attorney |
| Trial Attorneys | |

cc:    Paul Butler, Esq.
        Mark MacDougall, Esq.
        Stanley Woodward, Esq.