# EXHIBIT A

Exhibit A

*United States v. Schulman, 20 Cr. 434 (PX)*
Summary Chart 1: Alleged Fraudulent Acts

| FRAUDULENT ACT / DOCUMENT | PARAGRAPHS | KEY GOVERNMENT OFFICIALS | RELEVANT PURPORTED MISSING WITNESS |
|---|---|---|---|
| 2009 Forged TFG PM Letter | Ind. ¶ 30 | **Omar Abdirashid Ali Sharmarke** purportedly reaffirmed **Amalow's** position as Central Bank Governor<br><br>Somalia's most senior leaders would have been intimately involved in the asset recovery project given the value of assets at stake. Jan. 18, 2023 Hr'g Tr. at 192:15–193:16. Thus, other senior leaders during the time of the acts alleged in the Indictment would possess material testimony. Those leaders include **President Sheikh Sharif Ahmed**, **Finance Minister Sharif Hassan Sheikh Aden, Presidential Advisor Ahmed Warfa**, and **Ambassador Elmi Duale**, who all were involved in early discussions surrounding asset recovery efforts and **Governor Amalow's** authority.  *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156-1 at 3, 19; *see also* Def. Exs. 7, 8, 66A at SR_000311-312, SR_000315. | Former Governor Amalow<br><br>President Sheikh Sharif Ahmed<br><br>Finance Minister Sharif Hassan Sheikh Aden<br><br>Presidential Advisor Ahmed Warfa<br><br>Ambassador Elmi Duale |
| 2009 Fraudulent Decree Translation | Ind. ¶¶ 32, 33, 35, 37-39, 57; counts 2 and 6 | **Sharif Sheik Ahmed** purportedly made **Amalow** "Director with the responsibility and authority to recover the national assets of the country"<br><br>**President Sheikh Sharif Ahmed issued** Presidential Decree No. 214, a Somali-language document that appointed **Governor Amalow** as an "advisor" to the TFG President with responsibility for asset recovery efforts.  *See* Def. Ex. 9.<br><br>**Finance Minister Sharif Hassan Sheikh Aden** and **Presidential Advisor Dr. Ahmed Warfa**, along with **Governor Amalow**, were present for discussions surrounding Amalow's authority and the asset recovery project. *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156 at 3; *see also* Def. Exs. 7, 8, 66A at SR_000311.  **Finance Minister Sharif Hassan Sheikh Aden** emailed the Decree to Abdiaziz Amalo.  *See* Def. Ex. 9. | Former Governor Amalow<br><br>President Sheikh Sharif Ahmed<br><br>Finance Minister Sharif Hassan Sheikh Aden<br><br>Deputy Prime Minister and Foreign Minister Mohamed A. Omaar<br><br>Ambassador Nur Hassan Hussein<br><br>Presidential Advisor Ahmed Warfa |

| | | | |
|---|---|---|---|
| | | **Deputy Prime Minister and Foreign Minister Omaar** affirmed the authority of the Decree in his communications with the French Foreign Ministry.  *See* ECF No. 103-1 at 4-5; *see also* Def. Ex. 17; *see also* Def. Ex. 66A at SR_000326-327.<br><br>**Ambassador Nur Hassan Hussein** affirmed the authority of the Decree in his communications with the Italian Foreign Ministry.  *See* ECF No. 103-1 at 22 n.10; *see also* Def. Exs. 16, 66A at SR_000323-326. | |
| August 2010 Forged PM Letter | Ind. ¶ 40 | **Attorney General Abdi Nur (Kitaabi)** purportedly affirms authority of <u>Amalow</u> as Director of Financial Asset Recovery and Banking Affairs<br><br>**President Sheikh Sharif Ahmed** conferred authority on **Governor Amalow** to engage in asset recovery efforts.  *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156-1 at 3, 19; *see also* Def. Ex. 66A at SR_000311-312.<br><br>**Ambassador Duale** executed a letter certifying **Governor Amalow's** authority. *See* ECF No. 156-1 Ex. 23; *see also* Def. Ex. 66A at SR_000319. | Former Governor Amalow<br><br>President Sheikh Sharif Ahmed<br><br>Ambassador Elmi Duale |
| September 2010 Forged PM Letter | Ind. ¶ 41 | **Attorney General Abdi Nur (Kitaabi)** purportedly affirms authority of <u>Amalow</u> as Director of Financial Asset Recovery and Banking Affairs<br><br>**President Sheikh Sharif Ahmed** conferred authority on **Governor Amalow** to engage in asset recovery efforts. *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156-1 at 3, 19; *see also* Def. Ex. 66A at SR_000311-312.<br><br>**Ambassador Duale** executed a letter certifying **Governor Amalow's** authority.  *See* ECF No. 156-1 Ex. 23; *see also* Def. Ex. 66A at SR_000319. | Former Governor Amalow<br><br>President Sheikh Sharif Ahmed<br><br>Ambassador Elmi Duale |
| 2013 Forged PM Letter | Ind. ¶¶ 43, 44, 53; count 3 | **Adbi Farah Shirdon** purportedly made **Osman Mohamed Osman** the Director of Financial Asset Recovery and Banking Affairs<br><br>As Somalia's highest leader with intimate involvement in asset recovery efforts, **President Hassan Sheikh Mohamud** would have conferred | Former Amb. Duale (who allegedly ratified the 2013 Forged PM Letter).  *See* Def. Exs. 69, 66A at SR_000319. |

Exhibit A

| | | | |
|---|---|---|---|
| | | authority on **Osman Mohamed Osman,** and other leaders in his cabinet such as Prime Minister Shirdon, to engage in asset recovery efforts. *See* Jan. 18, 2023 Hr'g Tr. at 192:15–193:16; *see also*, e.g., SR_000328-329, SR_000331-333. | President Hassan Sheikh Mohamud |
| 2013 Forged POA | Ind. ¶¶ 43, 44 | **Osman Mohamed Osman** purportedly granting power of attorney to Schulman and adopting Director of Financial Asset Recovery and Banking Affairs position conferred by **Shirdon.**<br><br>As Somalia's highest leader with intimate involvement in asset recovery efforts, **President Hassan Sheikh Mohamud** would have conferred authority on **Osman Mohamed Osman,** and other leaders in his cabinet such as **Prime Minister Shirdon**, to engage in asset recovery efforts. *See* Jan. 18, 2023 Hr'g Tr. at 192:15–193:16; *see also*, e.g., Def. Ex. 66A at SR_000328-329, SR_000331-333. | Former Amb. Duale (who allegedly ratified the 2013 Forged POA). *See* Def. Exs. 69, 66A at SR_000319.<br><br>President Hassan Sheikh Mohamud |
| 25B Fraud (October 2013 to July 2014) | Ind. ¶¶ 54-57 | Schulman fraudulently conceals information provided to him by the State Department and Federal Reserve<br><br>**President Hassan Sheikh Mohamud** was intimately involved in efforts to obtain a 25B Certification and authorized Mr. Schulman to engage in those efforts on his behalf. *See* ECF No. 103-1 at 6-11; *see also* ECF No. 156-1 at 5-6; *see also* Def. Exs. 24-29; 31-34.<br><br>**President Mohamud** also directed those in his cabinet, such as **Deputy Prime Minister and Foreign Minister Fawzia Adam**—who wrote the U.S. Department of State in furtherance of these efforts—to assist with the process. *See id.*; *see also* Def. Ex. 66A at SR_000336-337.<br><br>**Deputy and Acting Chief of Staff Thabit Abdi** was also directed by **President Mohamud** to engage in efforts to obtain the 25B Certification and to assist Mr. Schulman in so doing. *See id.*; *see also* Def. Ex. 66A at SR_000338. | *None*<br><br>President Hassan Sheikh Mohamud<br><br>Deputy Prime Minister and Foreign Minister Fawzia Y. Adam<br><br>Deputy and Acting Chief of Staff Thabit Abdi |

**Exhibit A**

| Fraudulent Haden Global Services Invoice (March 2014) | Ind. ¶¶ 60-63; count 4 | Schulman coordinated with Amalo to submit a fraudulent invoice to Shulman Rogers for services that were not actually performed, which also concealed Amalo and Schulman's involvement in fraud<br><br>**President Hassan Sheikh Mohamud** and **Deputy and Acting Chief of Staff Thabit Abdi** were aware of Abdiaziz Amalo's and Haden Global Services' involvement in asset recovery efforts and other matters such as the SEMG investigation.   Contemporaneous Shulman Rogers time records indicate that Mr. Schulman and **President Mohamud** remained in communication about the asset recovery project through 2017.  *See*, e.g., Def. Ex. 3D at SR_000632, SR_000635, SR_000645-646, SR_000649. | *None*<br><br>President Hassan Sheikh Mohamud<br><br>Deputy and Acting Chief of Staff Thabit Abdi |
|---|---|---|---|