# EXHIBIT B

**Exhibit B**

*United States v. Schulman*, 20 Cr. 434 (PX)
Summary Chart 2: Counts in relation Alleged Fraudulent Acts and Documents

| COUNT | KEY FRAUDULENT ACTS / DOCUMENTS | PARAGRAPHS | RELEVANT PURPORTED MISSING WITNESS |
|---|---|---|---|
| Count 1: Conspiracy to Commit Mail, Wire and Bank Fraud | 2009 Forged TFG PM Letter | Ind. ¶ 30 | Sharif Sheik Ahmed[1] / Former Governor Amalow[2] / Former Amb. Duale[3] *[who relate to some but not all key fraudulent acts]* <br><br> Finance Minister Sharif Hassan Sheikh Aden[4] <br><br> Presidential Advisor Ahmed Warfa[5] <br><br> Deputy Prime Minister and Foreign Minister Mohamed A. Omaar[6] <br><br> Ambassador Nur Hassan Hussein[7] <br><br> President Hassan Sheikh Mohamud[8] <br><br> Deputy Prime Minister and Foreign Minister Fawzia Y. Adam[9] |
| | 2009 Fraudulent Decree Translation | Ind. ¶¶ 31-39 | |
| | August 2010 Forged PM Letter | Ind. ¶ 40 | |
| | September 2010 Forged PM Letter | Ind. ¶ 41 | |
| | 2013 Forged PM Letter | Ind. ¶¶ 43-44 | |
| | 2013 Forged PM Letter | Ind. ¶¶ 43-44 | |
| | 25B Fraud (October 2013 to July 2014) | Ind. ¶¶ 49-57 | |
| | Fraudulent Haden Global Services Invoice (March 2014) | Ind. ¶¶ 60-63 | |

---

[1] *See* ECF No. 103-1 at 3-4; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 42:24-43:16; *see also* ECF No. 156-1 at 3, 19; *see also* Def. Exs. 9, 66A at SR_000311-312.

[2] *See* ECF No. 98-1 at 12-13; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 5:6-7, 6:16, 13:21-15:24*; see also* ECF No. 156-1 at 2-4, 14-20; *see also* Def. Exs. 4-6; *see also* Jan. 19, 2023 Hr'g Tr. at 155:19-25.

[3] *See* ECF No. 156 Ex. 23; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 46:2-47:5; *see also* Def. Exs. 66A at SR_000319; 69 at 9-11; *see also* Jan. 18, 2023 Hr'g Tr. at 55:6-56:8; Jan. 19, 2023 Hr'g Tr. at 110:23-111:9.

[4] *See* ECF No. 103-1 at 3-4; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 44:12-45:1; *see also* ECF No. 156 at 3, 19; *see also* Def. Exs. 9, 66A at SR_000311,SR_000315.

[5] *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156 at 3, 19; see also Def. Exs. 2, 7, 8, 66A at SR_000311-312.

[6] *See* ECF No. 103 at 4-5; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 45:2-10; *see also* Def. Exs 17, 66A at SR_000326-327.

[7] *See* ECF No. 103-1 at 22 n.10; *see also* Def. Exs. 2, 16, 66A at SR_000323-326.

[8] *See* ECF No. 103-1 at 6-11; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 46:2-47:5; *see also* ECF No. 156-1 at 5-6; *see also* Def. Exs. 3D at SR_000635, SR_000645-646, SR_000649; 24-29; 31-34; 66A at SR_000328-329, SR_000331-333; *see also* Jan. 18, 2023 Hr'g Tr. at 192:15-193:16.

[9] *See* ECF No. 103-1 at 6-11; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 45:11-46:1; *see also* Def. Exs. 24-29; 31-34; 66A at SR_000328-329, SR_000331-333, SR_000336-337; *see also* Jan. 18, 2023 Hr'g Tr. at 45:5-20; 192:15-193:16; Jan. 19, 2023 Hr'g Tr. at 104:12-106:14.

Exhibit B

| Count | Key Fraudulent Acts / Documents | Paragraphs | Relevant Purported Missing Witness |
|---|---|---|---|
| | | | Deputy and Acting Chief of Staff Thabit Abdi[10] |
| | | | Central Bank Governor Abdusalam Omer[11] |
| | | | Former Ambassador Donald Bandler[12] |
| | | | Senior Advisor and Spokesperson Abdirahman Omar Osman[13] |
| Count 2: Wire Fraud | 2009 Fraudulent Decree Translation | Ind. Counts Two through Four ¶ 2 | Sharif Sheik Ahmed[14] / Former Governor Amalow[15] |
| | | | Finance Minister Sharif Hassan Sheikh Aden[16] |
| | | | Deputy Prime Minister and Foreign Minister Mohamed A. Omaar[17] |
| | | | Ambassador Nur Hassan Hussein[18] |
| | | | Presidential Advisor Ahmed Warfa[19] |
| Count 3: Wire Fraud | 2013 Forged PM Letter | Ind. Counts Two through Four ¶ 2 | Former Amb. Duale[20] |

---

[10] *See* ECF No. 103-1 at 6-11; *see also* Mar. 11, 2022 Mot. Hr'g Tr. at 47:6-48:4; *see also* Def. Ex. 66A at 24-29; 31-34; 66A at SR_000328-329, SR_000331-333, SR_000336-338; *see also* Jan. 18, 2023 Hr'g Tr. at 39:3-21, 43:21-25, 49:16 -50:6; Jan. 19, 2023 Hr'g Tr. at 108:16-109:11.

[11] *See* ECF No. 156-1 at 4 n.3, 20; *see also* Def. Exs. 21, 23, 66A at SR_000330, SR_000354; *see also* Jan. 18, 2023 Hr'g Tr. at 34:24-35:2.

[12] *See* ECF No. 156-1 at 4, 14; *see also* Def. Exs. 2, 10, 12, 17, 19, 20, 66A at SR_000313, SR_000315-319.

[13] *See* ECF No. 156-1 at 23; *see also* Def. Ex. 2.

[14] *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156-1 at 3, 19; *see also* Def. Exs. 7, 8, 9, 66A at SR_000311-312.

[15] *See* ECF No. 98-1 at 12-13; *see also* ECF No. 156-1 at 2-4, 14-20; *see also* Def. Exs. 4-6.

[16] *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156 at 3, 19; *see also* Def. Exs. 9, 66A at SR_000311,SR_000315.

[17] *See* ECF No. 103 at 4-5; *see also* Def. Exs 17, 66A at SR_000326-327.

[18] *See* ECF No. 103-1 at 22 n.10; *see also* Def. Exs. 16, 66A at SR_000323-326.

[19] *See* ECF No. 103-1 at 3-4; *see also* ECF No. 156 at 3, 19; see also Def. Exs. 7, 8, 66A at SR_000311-312.

[20] *See* ECF No. 156 Ex. 23; *see also* Def. Exs. 66A at SR_000319; 69 at 9-11; *see also* Jan. 18, 2023 Hr'g Tr. at 55:6-56:8; Jan. 19, 2023 Hr'g Tr. at 110:23-111:9.

**Exhibit B**

| COUNT | KEY FRAUDULENT ACTS / DOCUMENTS | PARAGRAPHS | RELEVANT PURPORTED MISSING WITNESS |
|---|---|---|---|
| | 2013 Forged POA | | President Hassan Sheikh Mohamud[21] |
| Count 4: Wire Fraud | Fraudulent Haden Global Services Invoice (March 2014) | Ind. Counts Two through Four ¶ 2 | *None* <br><br>President Hassan Sheikh Mohamud[22] <br><br>Deputy and Acting Chief of Staff Thabit Abdi [23] |
| Count 5: Bank Fraud | 2009 Fraudulent Decree Translation <br><br>2013 Forged PM Letter <br><br>2013 Forged POA <br><br>25B Fraud (October 2013 to July 2014) | Ind. ¶ 33 <br><br>Ind. ¶¶ 43-44 <br><br>Ind. ¶¶ 43-44 <br><br>Ind. ¶ 49, 53 | Former Governor Amalow[24] / Former Amb. Duale[25] <br>*[who relate to some but not all key fraudulent acts]* <br><br>President Sheikh Sharif Ahmed[26] <br><br>Finance Minister Sharif Hassan Sheikh Aden[27] <br><br>Presidential Advisor Ahmed Warfa[28] <br><br>Deputy Prime Minister and Foreign Minister Mohamed A. Omaar[29] <br><br>Ambassador Nur Hassan Hussein[30] |

---

[21] *See* Jan. 18, 2023 Hr'g Tr. at 192:15-193:16; *see also* Def. Ex .66A SR_000328-329, SR_000331-333.

[22] President Hassan Sheikh Mohamud and Presidential Advisor Thabit Abdi were aware of Abdiaziz Amalo's and Haden Global Services' involvement in asset recovery efforts and other matters such as the SEMG investigation.  Contemporaneous Shulman Rogers time records indicate that Mr. Schulman and President Mohamud remained in communication about these various efforts throughout 2014 and 2015.  *See, e.g.,* Def. Ex. 3D at SR_000635,  SR_000645-646, SR_000649.

[23] *Supra* note 22.

[24] *Supra* note 15.

[25] *Supra* note 20.

[26] *Supra* note 14.

[27] *Supra* note 16.

[28] *Supra* note 19.

[29] *Supra* note 17.

[30] *Supra* note 18.

| COUNT | KEY FRAUDULENT ACTS / DOCUMENTS | PARAGRAPHS | RELEVANT PURPORTED MISSING WITNESS |
|---|---|---|---|
| | | | President Hassan Sheikh Mohamud[31] |
| | | | Deputy Prime Minister and Foreign Minister Fawzia Y. Adam[32] |
| | | | Deputy and Acting Chief of Staff Thabit Abdi[33] |
| Count 6: Mail Fraud | 2009 Fraudulent Decree Translation | Ind. Count Six ¶ 2 | Sharif Sheik Ahmed[34] / Former Governor Amalow[35] |
| | | | Finance Minister Sharif Hassan Sheikh Aden[36] |
| | | | Deputy Prime Minister and Foreign Minister Mohamed A. Omaar[37] |
| | | | Ambassador Nur Hassan Hussein[38] |
| | | | Presidential Advisor Ahmed Warfa[39] |
| Count 7: Money Laundering Conspiracy | 2009 Fraudulent Decree Translation<br>2013 Forged PM Letter | | Former Governor Amalow[40] / Former Amb. Duale[41] *[who relate to some but not all key fraudulent acts]* |

---

[31] *Supra* note 21. *See also* ECF No. 103-1 at 6-11; *see also* ECF No. 156-1 at 5-6; *see also* Def. Exs. 24-29; 31-34.

[32] *See* ECF No. 103-1 at 6-11; *see also* Def. Exs. 24-29; 31-34; 66A at SR_000328-329, SR_000331-333, SR_000336-337; *see also* Jan. 18, 2023 Hr'g Tr. at 45:5-20; 192:15-193:16; Jan. 19, 2023 Hr'g Tr. at 104:12-106:14.

[33] *See* ECF No. 103-1 at 6-11; *see also* Def. Ex. 66A at 24-29; 31-34; 66A at SR_000328-329, SR_000331-333, SR_000336-338; *see also* Jan. 18, 2023 Hr'g Tr. at 39:3-21, 43:21-25, 49:16 -50:6; Jan. 19, 2023 Hr'g Tr. at 108:16-109:11.

[34] *Supra* note 14.

[35] *Supra* note 15.

[36] *Supra* note 16.

[37] *Supra* note 17.

[38] *Supra* note 18.

[39] *Supra* note 19.

[40] *Supra* note 2.

[41] *Supra* note 3.

| COUNT | KEY FRAUDULENT ACTS / DOCUMENTS | PARAGRAPHS | RELEVANT PURPORTED MISSING WITNESS |
|---|---|---|---|
| | 2013 Forged POA<br><br>25B Fraud (October 2013 to July 2014)<br><br>Fraudulent Haden Global Services Invoice (March 2014) | | &lt;The indictment alleges that Schulman engaged in transactions with the proceeds of mail, wire, and bank fraud schemes. The indictment further alleges that Law Firm A obtained those proceeds through the 2009 Fraudulent Decree Translation, 2013 Forged PM Letter, 2013 Forged POA, and the 25B Fraud; and the indictment further alleges Schulman distributed those proceeds to his co-conspirators by, among other things, the Fraudulent Haden Global Services Invoice.&gt;<br><br>President Sheikh Sharif Ahmed[42]<br><br>Finance Minister Sharif Hassan Sheikh Aden[43]<br><br>Presidential Advisor Ahmed Warfa[44]<br><br>Deputy Prime Minister and Foreign Minister Mohamed A. Omaar[45]<br><br>Ambassador Nur Hassan Hussein[46]<br><br>President Hassan Sheikh Mohamud[47]<br><br>Deputy Prime Minister and Foreign Minister Fawzia Y. Adam[48]<br><br>Presidential Advisor and Deputy Chief of Staff Thabit Abdi[49] |

---

[42] *Supra* note 1.

[43] *Supra* note 4.

[44] *Supra* note 5.

[45] *Supra* note 6.

[46] *Supra* note 7.

[47] *Supra* note 8.

[48] *Supra* note 9.

[49] *Supra* note 10.

| COUNT | KEY FRAUDULENT ACTS / DOCUMENTS | PARAGRAPHS | RELEVANT PURPORTED MISSING WITNESS |
|---|---|---|---|
| | | | Central Bank Governor Abdusalam Omer[50] <br><br> Former Ambassador Donald Bandler[51] <br><br> Senior Advisor and Spokesperson Abdirahman Omar Osman[52] |
| Counts 8 to 11: Money Laundering | &lt;same as Count Seven&gt; | | &lt;same as Count 7&gt; |

---

[50] *Supra* note 11.

[51] *Supra* note 12.

[52] *Supra* note 13.