**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY WYETH SCHULMAN** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

1.     Defendant Jeremy Wyeth Schulman, by and through the undersigned counsel, respectfully requests that this Honorable Court modify its Order Setting Conditions of Release, ECF No. 10, to return to Jeremy Schulman his passport and to authorize Jeremy Schulman to travel to Zurich, Switzerland to attend the Rule 15 deposition of Florence Parker, currently scheduled to take place on Tuesday, April 25, 2023.

2.     The government does not oppose the relief sought in this motion.

3.     Jeremy Schulman will provide all travel details to Pretrial Services before attending Florence Parker's deposition.

4.     Jeremy Schulman will surrender his passport to the United States upon returning to the United States following the conclusion of Florence Parker's deposition.

5.     Jeremy Schulman has the right to be present during the deposition of Florence Parker pursuant to Federal Rule of Criminal Procedure 15(c) and has not waived such right.

6.     All other conditions of the Order shall remain the same.

WHEREFORE, Jeremy Schulman respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to return to Jeremy Schulman his passport for the limited purpose of traveling to Zurich, Switzerland and to authorize Jeremy Schulman to travel to Zurich, Switzerland to attend the deposition of Florence Parker scheduled for April 25, 2023.

Dated: April 17, 2023                    Respectfully Submitted,


                                         _____/s/ Stanley E. Woodward, Jr._____
                                         Stanley E. Woodward, Jr. (D.C. Bar. No. 997320)
                                         BRAND WOODWARD LAW, LP
                                         Washington, D.C.  20010
                                         202-996-7447 (telephone)
                                         202-996-0113 (facsimile)
                                         Stanley@BrandWoodwardLaw.com



                                         _/s/_____
                                         Mark J. MacDougall (MD Bar No. 851201)
                                         Paul W. Butler (*Pro Hac Vice*)
                                         Allison T. Coffin (*Pro Hac Vice*)
                                         Madeline M. Bardi (*Pro Hac Vice*)
                                         *Counsel for Jeremy Wyeth Schulman*
                                         Akin Gump Strauss Hauer & Feld LLP
                                         2001 K Street NW
                                         Washington, DC 20006
                                         Telephone:  (202) 887-4000
                                         Fax:  (202) 887-4288
                                         E-mail:  mmacdougall@akingump.com
                                                  pbutler@akingump.com
                                                  acoffin@akingump.com
                                                  mbardi@akingump.com


                                         *Counsel for Defendant Jeremy Schulman*

## CERTIFICATE OF SERVICE

On April 17, 2023, the undersigned certifies that a true and correct copy of the foregoing filing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of the filing to all registered parties.

Respectfully Submitted,

_/s/ Stanley E. Woodward, Jr._
Stanley E. Woodward, Jr. (D.C. Bar. No. 997320)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY WYETH SCHULMAN** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Jeremy Wyeth Schulman's motion to modify the conditions of his pretrial release, it is hereby ordered that

Defendant's Motion is **GRANTED**;

The Court's Order stating the conditions of Defendant's pretrial release is modified to allow Defendant to travel to Zurich, Switzerland for the April 25, 2023 deposition of Florence Parker;

The United States is **ORDERED** to return Mr. Schulman's passport to him by April __, 2023;

Defendant is **ORDERED** to provide all travel details to Pretrial Services; and

Defendant is **ORDERED** to surrender his passport to the United States by ____ _____, 2023, after returning from Zurich, Switzerland.

So Ordered.

_____
The Honorable Judge Paula Xinis