UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY WYETH SCHULMAN,<br><br>Defendant. | Criminal Action No. PX-20-0434 |

**FOURTH AMENDED PRETRIAL SCHEDULING ORDER**

For the reasons stated during the conference call held August 31, 2023, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| October 30, 2023 | Defendant to supplement/add motions to suppress and other pretrial motions |
| November 21, 2023 | Government's Omnibus Response |
| December 4, 2023 | Replies |
| January 5, 2024 at 10:00 a.m. | Motions Hearing |
| January 29, 2024 | Motions *in Limine* due |
| February 12, 2024 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| February 26, 2024 at 10:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| March 4, 2024 | Trial begins.  Expected length:  4 weeks |

Dated: September 14, 2023         /S/
                                                            Paula Xinis
                                                            United States District Judge