IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | Crim. Action No. 20-cr-0434-PX |
| v. | * | |
| JEREMY WYETH SCHULMAN, | * | |
| Defendant. | * | |
| | *** | |

# ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of September 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendant's Motion to Dismiss the Indictment Under the Fifth and Sixth Amendments (ECF No. 156) is DENIED;

2. Defendant's Motion to Vacate the Tolling Order (ECF No. 133) is DENIED;

3. Defendant's Motion to Dismiss Under the Act of State Doctrine (ECF No. 148) is DENIED;

4. Defendant's Motion to Dismiss Under the Political Question Doctrine (ECF No. 152) is DENIED;

5. Defendant's Omnibus Motion to Dismiss (ECF No. 160) is DENIED;

6. Defendant's Motion for an Adverse Inference (ECF No. 211) is DENIED;

7. Within seven days of the date of this Order, the parties shall propose which portions of the foregoing Memorandum Opinion should be redacted and thereby remain under seal; and

8. The Clerk is directed to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the Parties.

| | |
|---|---|
| 9/28/2023 | /S/ |
| Date | Paula Xinis<br>United States District Judge |