IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-20-0434 |
| | * | |
| JEREMY WYETH SCHULMAN, | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| | ****** | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED REDACTIONS TO COURT'S SEPTEMBER 28, 2023 MEMORANDUM OPINION

The United States of America and the defense have been in contact with each other regarding the October 5, 2023 scheduled deadline to submit redactions to the Court's September 28 Memorandum Opinion (dkt. 308). However, the parties have not been able to discuss and review proposed redactions and, because of individual schedules, will not be able to do so by the deadline. The government therefore would respectfully ask for an additional 7 days (to and including next Thursday, October 12), to submit proposed redactions. The defendant consents to the filing of this motion.

**WHEREFORE**, the parties respectfully request that the Court extend the deadline to submit proposed redactions to the Court's September 28, 2023 Memorandum Opinion to and including October 12, 2023.

Respectfully submitted,

*Counsel for the United States of America:*

| | |
|---|---|
| GLENN S. LEON | EREK L. BARRON |
| Chief | United States Attorney |
| Fraud Section | District of Maryland |

1

| | |
|---|---|
| /s | /s |
| Jason M. Manning | David I. Salem |
| Allison McGuire | Assistant United States Attorney |
| Trial Attorneys | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-20-0434** |
| | * | |
| **JEREMY WYETH SCHULMAN,** | * | |
| | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

### ORDER GRANTING EXTENSION OF TIME

Upon consideration of the United States' motion, filed with the consent of the defense, this Court:

**HEREBY ORDERS** that the deadline for filing proposed redactions to this Court's September 28, 2023 Memorandum Opinion shall be extended through and including October 12, 2023.

DATE: _____    _____
                                     Hon. Paula Xinis
                                     United States District Court Judge
                                     District of Maryland

3