IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. PX-20-0434 |
| | : | |
| JEREMY WYETH SCHULMAN | : | |

**DEFENDANT JEREMY SCHULMAN'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 105.11, Defendant Jeremy Schulman, through counsel, respectfully moves the Court for leave to file under seal his Correspondence to the Court and Proposed Redactions to the Court's Sealed Memorandum Opinion, ECF No. 308, attached thereto (the "Correspondence and Proposed Redactions"). For the reasons set forth below, Mr. Schulman's Correspondence and Proposed Redactions are confidential in nature and should be sealed pending the Court's decision on redactions to the Court's Sealed Memorandum Opinion at ECF No. 308.

**I. THE MATERIALS SHOULD BE SEALED**

The Court has inherent power to seal submitted materials. *See In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests."). The Court may "seal documents if the public's right of access is outweighed by competing interests." *United States v. Harris*, 890 F.3d 480, 492 (4th Cir. 2018).

Mr. Schulman's Correspondence and Proposed Redactions pertain to the Court's Sealed Memorandum Opinion at ECF No. 308. Pending the Court's decisions about the redaction of the information contained in the Memorandum Opinion, Mr. Schulman's Correspondence and Proposed Redactions should remain sealed. As such, Mr. Schulman files this motion to seal. Pending the Court's decisions as to the redaction of the information contained in the Memorandum

Opinion, alternatives to sealing Mr. Schulman's Correspondence and Proposed Redactions would not provide sufficient protection to the information contained therein. The Court should permit the Correspondence and Proposed Redactions to be filed under seal to preserve any protected information contained therein.

## II. PERIOD OF TIME SOUGHT TO HAVE MATERIALS REMAIN UNDER SEAL

Mr. Schulman requests that the materials to be filed under seal remain sealed until further order of the court.

For the foregoing reasons, Mr. Schulman respectfully requests that the Court enter an order allowing Mr. Schulman to file under seal his Correspondence to the Court and Proposed Redactions to the Court's Sealed Memorandum Opinion, ECF No. 308, attached thereto.

[SIGNATURE BLOCK NEXT PAGE]

Dated: October 12, 2023

Respectfully submitted,
*/s/*_____
Mark J. MacDougall (MD Bar No. 851201)
Paul W. Butler (*Pro Hac Vice*)
Allison T. Coffin (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  mmacdougall@akingump.com
             pbutler@akingump.com
             acoffin@akingump.com
             mbardi@akingump.com


*/s/*_____
Stanley Woodward (MD Bar No. 18115)
*Counsel for Jeremy Wyeth Schulman*
Brand Woodward Law
1808 Park Rd NW
Washington, DC 20010
Telephone:  (202) 996-7447
Fax:  (202) 996-0113
E-mail:   stanley@brandwoodwardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October 2023, I electronically filed the foregoing Motion for Leave to File Under Seal with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: October 12, 2023

Respectfully submitted,

/s/ _____
Mark J. MacDougall (MD Bar No. 851201)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com