IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIM. NO. PX-20-0434 |
| | * | |
| JEREMY WYETH SCHULMAN, | * | |
| Defendant. | * | |

\* \* \* \* \*\*\*\*\*\* \* \* \* \*

**ENTRY OF APPEARANCE**

Please ENTER the appearance of Assistant United States Attorney Tarra DeShields as counsel for the United States Department of State in the instant criminal case.

Respectfully submitted,

EREK L. BARRON
United States Attorney

_____/s/_____
Tarra DeShields (Bar No.: 07749)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Tarra.Deshields@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 13, 2023, a copy of the foregoing Entry of Appearance was served on counsel of record via the Court's CM/ECF system.

                                                             _____/s/_____
                                                             Tarra DeShields
                                                             Assistant United States Attorney