IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIM. NO. PX-20-0434** |
| | * | |
| **JEREMY WYETH SCHULMAN,** | * | |
| Defendant. | * | |

\* \* \* \* \*\*\*\*\*\* \* \* \* \*

## ORDER

Upon consideration of the United States Department of State's Opposition to the Motion to Compel Documents and Testimony, and having read all other pleadings related thereto, it is this _____ day of October, 2023, by the United States District Court for the District of Maryland, hereby,

**ORDERED** that the Motion to Compel Documents and Testimony, ECF No. 292, is denied; and it is further,

**ORDERED** that the Clerk of the Court shall send this signed Order to counsel of record for the parties and to counsel for the United States Department of State in this case.

**IT IS SO ORDERED**.

Paula Xinis
United States District Judge