IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal Case No. PX-20-0434 |
| : | |
| **JEREMY SCHULMAN** : | |

**DEFENDANT JEREMY SCHULMAN'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 105.11, Defendant Jeremy Schulman, through counsel, respectfully moves the Court for leave to file under seal Mr. Schulman's Unredacted Memorandum of Law in Support of His Motion to Compel Withheld Witness Statements and Testimony (the "Unredacted Memorandum"). For the reasons set forth below, the Unredacted Memorandum is confidential in nature and subject to this court's Protective Order at ECF No. 83.

**I. THE MATERIALS SHOULD BE SEALED**

The Court has inherent power to seal submitted materials. *See In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests.").

On September 3, 2021, this Court granted a joint motion for a protective order that covers certain categories of discovery produced by the government pursuant to Rules 16 and 16.1 of the Federal Rules of Criminal Procedure and Local Standing Order 2020-01. Mr. Schulman's Unredacted Memorandum should be filed under seal because it includes references to materials that are subject to that order and are otherwise confidential in nature. In addition, Mr. Schulman's Unredacted Memorandum includes references to the Court's Sealed Memorandum Opinion at ECF No. 308. Pending the Court's issuance of a public version of the Memorandum Opinion, Mr.

Schulman moves to seal those references as well.  Mr. Schulman intends to file an unredacted, or less redacted, version of the enclosed motion upon the Court's entry of the public Memorandum Opinion.  At this time, however, alternatives to sealing the Unredacted Memorandum would not provide sufficient protection to the confidential information contained therein.  The Court should permit the Unredacted Memorandum to be filed under seal to preserve any protected information contained therein.

## II. PERIOD OF TIME SOUGHT TO HAVE MATERIALS REMAIN UNDER SEAL

Mr. Schulman requests that the materials to be filed under seal remain sealed until further order of the Court.

For the foregoing reasons, Mr. Schulman respectfully requests that the Court enter an order allowing Mr. Schulman to file under seal his Unredacted Memorandum of Law in Support of His Motion to Compel Withheld Witness Statements and Testimony.

[SIGNATURE BLOCK NEXT PAGE]

Dated: October 30, 2023	Respectfully submitted,
	*/s/*
	Mark J. MacDougall (MD Bar No. 851201)
	Paul W. Butler (*Pro Hac Vice*)
	Allison T. Coffin (*Pro Hac Vice*)
	Madeline M. Bardi (*Pro Hac Vice*)
	*Counsel for Jeremy Wyeth Schulman*
	Akin Gump Strauss Hauer & Feld LLP
	2001 K Street NW
	Washington, DC 20006
	Telephone: (202) 887-4000
	Fax: (202) 887-4288
	E-mail:  mmacdougall@akingump.com
	         pbutler@akingump.com
	         acoffin@akingump.com
	         mbardi@akingump.com


	*/s/*
	Stanley E. Woodward (MD Bar No. 18115)
	*Counsel for Jeremy Wyeth Schulman*
	Brand Woodward Law
	1808 Park Rd NW
	Washington, DC 20010
	Telephone: (202) 996-7447
	Fax: (202) 996-0113
	E-mail:   stanley@brandwoodwardlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 30th day of October 2023, I electronically filed the foregoing Motion for Leave to File Under Seal with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: October 30, 2023

Respectfully submitted,

/s/ _____
Mark J. MacDougall (MD Bar No. 851201)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com