IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-20-0434** |
| | * | |
| **JEREMY WYETH SCHULMAN,** | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| | ******* | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO COURT'S SEPTEMBER 14, 2023 FOURTH AMENDED SCHEDULING ORDER

The United States of America and defendant Jeremy Schulman, through counsel, hereby respectfully request that the Court amend its Scheduling Order to modify the current Government response deadline to file responses to defendant's supplemental pe-trial motions from November 21, 2023 to December 1, 2023, and the defendant's reply time from December 4, 2023 to December 15, 2023.

**WHEREFORE**, the parties respectfully request that the Court extend the deadlines for responses and replies as requested herein.

Respectfully submitted,

*Counsel for the United States of America:*

| | |
|---|---|
| GLENN S. LEON | EREK L. BARRON |
| Chief | United States Attorney |
| Fraud Section | District of Maryland |
| | |
| _____/s_____ | _____/s_____ |
| Jason M. Manning | David I. Salem |
| Allison McGuire | Assistant United States Attorney |
| Trial Attorneys | |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| v. | \* | **CRIMINAL NO. PX-20-0434** |
| | \* | |
| **JEREMY WYETH SCHULMAN,** | \* | |
| | \* | |
| | \* | |
| **Defendant** | \* | |
| | \* | |
| | \*\*\*\*\*\*\* | |

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of the consent motion filed by the United States, with the consent of defendant Jeremy Schulman, this Court:

**HEREBY ORDERS** that the deadlines shall be modified as follows:

(1)    The Government shall have through and including December 1, 2023 to file its responses to defendant's supplemental motions; and,

(2)    The defendant shall have through and including December 15, 2023 to file any replies.

DATE: _____    _____
                                                                Hon. Paula Xinis
                                                                United States District Court Judge
                                                                District of Maryland

2