IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.   )<br>)<br>**JEREMY WYETH SCHULMAN,**   )<br>)<br>**Defendant.**   )<br>) | **Case No. PX-20-0434** |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Jeremy Wyeth Schulman, by and through the undersigned counsel, respectfully requests that this Honorable Court modify its December 7, 2020, Order Setting Conditions of Release (ECF No. 10), authorize Mr. Schulman to travel to London, England to attend the Rule 15 deposition of Douglas Denham, currently scheduled to take place on Thursday, December 14, 2023, and then to Rome, Italy, for business, as well as to obtain his passport from Pretrial Services for the purposes of such travel. Defense counsel has conferred with counsel for the government, who advise they take no position with respect to this request. Defense counsel also has conferred with Pretrial Services, who advise that they do not object to Mr. Schulman's plan for travel, and have requested Mr. Schulman's travel itinerary from defense counsel (and which defense counsel will provide prior to any such travel).

On December 12, 2020, a grand jury in this District returned an indictment as against Mr. Schulman. (ECF No. 1). Following several continuances, a trial in this matter is now set for March 4, 2024. Pretrial Scheduling Order (Sept. 14, 2023) (ECF No. 307). Pertinent to the instant motion, on August 31, 2023, the Court entered an Order permitting the government to take the foreign deposition of Douglas Denham pursuant to Rule 15 of the Federal Rules of Criminal Procedure. That deposition is scheduled to occur on December 14, 2023. Pursuant to Rule

15(c)(2), Mr. Schulman, upon request, has the right to be present at the deposition, subject to any conditions imposed by the Court. To that end, following Mr. Schulman's arraignment, the Court Ordered that Mr. Schulman not travel internationally absent leave of Court and directed him to surrender his passport to Pretrial Services. *See* Order (Dec. 7, 2020) (ECF No. 10).

In addition to attending Mr. Denham's deposition on December 14, 2023, Mr. Schulman desires to travel to Rome, Italy, so that he can conduct business meetings with a client. Accordingly, Mr. Schulman seeks an Order of this Court authorizing the return of his passport and leave to travel to London, England for the deposition of Mr. Denham and then to Rome, Italy for business meetings. Mr. Schulman desires to retrieve his passport from Pretrial Services not later than December 11, 2023 so that he may travel outside the country from December 12 through December 19, 2023, and will again surrender his passport upon his return not later than December 20, 2023. Defense counsel will obtain Mr. Schulman's specific travel itinerary, including all flight and hotel confirmations, and will provide the same to the Court and/or Pretrial Services upon request.

[SIGNATURE ON NEXT PAGE]

Dated:  December 1, 2023

Respectfully submitted,

_s/ Stanley E. Woodward, Jr._
Stanley E. Woodward, Jr. (Md. Bar No. 18115)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*Counsel for Defendant Jeremy Wyeth Schulman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of such filing to all registered parties.

       *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (Md. Bar No. 18115)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*Counsel for Defendant Jeremy Wyeth Schulman*