IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal Case No. PX-20-0434** |
| : | |
| **JEREMY SCHULMAN** : | |

**ORDER**

Upon consideration of Defendant Jeremy Schulman's Motion to Permit Travel, it is, this 4th day of December, 2023, hereby:

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

/s/
Paula Xinis
United States District Judge