UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY SCHULMAN,<br><br>Defendant. | Criminal Action No. PX-20-0434 |

**SIXTH AMENDED PRETRIAL SCHEDULING ORDER**

For the reasons stated during the February 6, 2024, recorded status call, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| **February 8, 2024** | Responses to Motions *in Limine* |
| | Government to provide Jencks and Giglio to Defendant |
| **February 12, 2024** | Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov (Government responsible for filing; Defendants to indicate proposed changes in redline format.) |
| **February 16, 2024** | Government opposition to defense motion (ECF 362) |
| **February 23, 2024** | Defense reply re defense motion (ECF 362) |
| **February 26, 2024** | Joint submission to the Court seeking or opposing any witnesses for the March 4 Hearing |
| **February 27, 2024** | Government sur-reply (if any) to any component of defense reply related to materials produced on February 6, 2024 |
| **March 4, 2024, 10:00 a.m.** | Hearing on Defense Motion (ECF 362) |
| **March 25, 2024** | Any supplemental pretrial or motions *in limine* arising out of the Court's ruling on ECF 362 |
| **April 8, 2024** | Government to provide Preliminary Witness and Exhibit List |
| | Defense to produce reciprocal discovery (if any) |

|  |  |
|---|---|
|  | Responses to any motions filed on March 25, 2024 |
| **April 11, 2024, 10:00 a.m.** | Pre-trial Hearing on Rule 15 depositions |
|  | Pre-trial Conference/Hearing on Motions *in Limine,* voir dire and jury instructions |
| **April 29, 2024** | Trial begins. Expected length: 4 weeks |

Dated: February 8, 2024                               /S/
                                                                    Paula Xinis
                                                                    United States District Judge