# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY WYETH SCHULMAN** | : | |

## JOINT SUBMISSION REGARDING MARCH 4 HEARING

Defendant Jeremy Schulman and the United States of America, by and through counsel, respectfully submit this Joint Submission regarding the March 4 Hearing.

1. On February 2, 2024, Mr. Schulman requested this Court's leave to file his Motion to Dismiss the Indictment Based on Newly Discovered Evidence of Prosecutorial Misconduct ("Motion to Dismiss"). *See* ECF Nos. 360, 362.

2. On February 6, 2024, the Court held a telephone conference during which the Court set a briefing schedule for Mr. Schulman's Motion to Dismiss and scheduled a hearing on the Motion to Dismiss for March 4, 2024. The Court further instructed the parties to advise the Court by Monday, February 26, 2024 if they would seek to call any witnesses at the hearing. These deadlines were memorialized in the Sixth Amended Pretrial Scheduling Order. *See* ECF No. 365.

3. Mr. Schulman will not seek to call any witnesses at the March 4 hearing.

4. The United States of America will not seek to call any witnesses at the March 4 hearing.

[SIGNATURE BLOCK NEXT PAGE]

Dated: February 26, 2024                                              Respectfully submitted,

*Counsel for the Defendant*

                                                           */s/*
Paul W. Butler (*Pro Hac Vice*)
Allison T. Coffin (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   pbutler@akingump.com
               acoffin@akingump.com
               mbardi@akingump.com

*/s/*
Stanley E. Woodward (MD Bar No. 18115)
*Counsel for Jeremy Wyeth Schulman*
Brand Woodward Law
1808 Park Rd NW
Washington, DC 20010
Telephone:  (202) 996-7447
Fax:  (202) 996.0113
E-mail:   stanley@brandwoodwardlaw.com

*Counsel for the United States of America*

GLENN LEON                                                             EREK L. BARON
Chief                                                                            United States Attorney
Fraud Section                                                             District of Maryland
*/s/*                                                                             */s/*
Jason M. Manning                                                  David I. Salem
Allison L. McGuire                                                 Assistant U.S. Attorney
Trial Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February 2024, I electronically filed the foregoing Joint Submission regarding March 4 Hearing with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: February 26, 2024                                  Respectfully submitted,

*/s/*
Paul W. Butler (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: pbutler@akingump.com