# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY WYETH SCHULMAN** | : | |

### [PROPOSED] ORDER GRANTING DEFENDANT JEREMY SCHULMAN'S MOTION TO EXCLUDE INADMISSIBLE TESTIMONY OF LARRY JAY BEABES

Upon consideration of Defendant Jeremy Schulman's Motion to Exclude Inadmissible Testimony of Larry Jay Beabes, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____ 2024 hereby:

**ORDERED** that Mr. Schulman's Motion to Exclude Inadmissible Testimony of Larry Jay Beabes is **GRANTED**; and further

**ORDERED** that the government is precluded from eliciting any testimony or evidence from Larry Jay Beabes concerning alleged prior bad acts by Mr. Schulman pursuant to Rules 401, 403, and 404(b) of the Federal Rules of Evidence.

**SO ORDERED.**

DATE: _____     _____
                                                                                  Hon. Paula Xinis
                                                                                  United States District Court Judge
                                                                                  District of Maryland