**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY SCHULMAN** | : | |

### ORDER GRANTING DEFENDANT JEREMY SCHULMAN'S
### MOTION TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1783

**Whereas**, Defendant Jeremy Schulman has filed a Motion to Issue a Subpoena Pursuant to 28 U.S.C. § 1783 for the Trial Testimony of Farah Abdi;

**Whereas**, the Court finds and holds that allowing Mr. Schulman to issue a subpoena to Mr. Abdi pursuant to 28 U.S.C. § 1783 is appropriate and in the interest of justice;

Accordingly, it is this 3rd day of April, by the United States District Court for the District of Maryland, **ORDERED:**

That Defendant's Motion to Issue a Subpoena Pursuant to 28 U.S.C. § 1783 for the Trial Testimony of Farah Abdi is **GRANTED**;

**SO ORDERED.**

DATE: April 3, 2024

/s/
Paula Xinis
United States District Court Judge
District of Maryland