UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

JEREMY SCHULMAN,

    Defendant.

Criminal Action No. PX-20-0434

## SEVENTH AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the April 18, 2024 recorded status call, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| **April 23, 2024** | Additional Motions *in Limine* |
| **April 26, 2024** | Status Report regarding possible declassification of State Department documents and related procedures for pretrial review and/or use at trial |
| **May 7, 2024** | Responses to Motions *in Limine* |
| **May 21, 2024** | Replies to Motions *in Limine* |
| **June 7, 2024** | Pre-Trial Hearing – begins 9:30 a.m. (all day) |
| **August 26, 2024** | Trial begins. Expected length: 4 weeks |
| | The Court will not sit September 13 and 20, 2024 |

Dated: April 18, 2024

/S/
_____
Paula Xinis
United States District Judge