**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Case No. PX-20-0434** |
| | **:** | |
| **JEREMY WYETH SCHULMAN** | **:** | |

**MOTION FOR LEAVE TO FILE AMENDED EXHIBIT A TO**
**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF**
**REQUEST FOR RULE 17(C) SUBPOENA**

Defendant Jeremy Schulman, by and through counsel, requests that the Court grant his

Motion for Leave to File an Amended Exhibit A to his Motion and Memorandum of Law in Support

of his Request for a Rule 17(c) Subpoena, ECF No 432.   A revised Exhibit A is enclosed.

Dated:  April 18, 2024

Respectfully submitted,

/s/
Paul W. Butler (*Pro Hac Vice*)
Allison T. Coffin (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  pbutler@akingump.com
        acoffin@akingump.com
        mbardi@akingump.com

/s/
Stanley E. Woodward (MD Bar No. 18115)
*Counsel for Jeremy Wyeth Schulman*
Brand Woodward Law
400 Fifth Street NW, Suite 350
Washington, DC 20001
Telephone:  (202) 996-7447

1

2

Fax:  (202) 996-0113
E-mail:  stanley@brandwoodwardlaw.co

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of April 2024, I electronically filed the foregoing Motion for Leave to file an Amended Exhibit A to his Motion and Memorandum of Law in Support of his Request for a Rule 17(c) Subpoena with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system.  The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: April 18, 2024                  Respectfully submitted,

                                              */s/*_____
                                              Paul W. Butler (*Pro Hac Vice*)
                                              *Counsel for Jeremy Wyeth Schulman*
                                              Akin Gump Strauss Hauer & Feld LLP
                                              2001 K Street NW
                                              Washington, DC 20006
                                              Telephone:  (202) 887-4000
                                              Fax:  (202) 887-4288
                                              E-mail:  pbutler@akingump.com