**REDACTED**

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. PX-20-0434 |
| | : | |
| **JEREMY SCHULMAN** | : | |

**SUBPOENA ATTACHMENT A**

**TO:** Shulman Rogers Gandal Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

Pursuant to the accompanying Subpoena to Produce Documents and Rule 17(c) of the Federal Rules of Criminal Procedure, Defendant Jeremy Schulman, through counsel, hereby requests the production of documents responsive to the below requests in accordance with the definitions and instructions set forth herein. All such responsive documents shall be delivered to Akin Gump Strauss Hauer & Feld LLP, Attn: Paul W. Butler.

Produce the following:

(i) Any documents not produced to the U.S. Department of Justice that relate to Shulman Rogers's work on behalf of the Somali government related to the asset recovery project, response to U.N. Monitoring Group Report, or the establishment of a Somali embassy in the United States.

(ii) Documents sufficient to evince fees collected by Shulman Rogers Gandal Pordy & Ecker, P.A. from 2009 through 2014 for matters for which Jeremy Wyeth Schulman was assigned billing credit.

(iii) All documents, communications, compensation memos, and bonus memorandum related to the determination of Jeremy Wyeth Schulman's compensation and bonus(es) for 2012, 2013, and 2014.

(iv) Documents sufficient to show the compensation and bonus(es) for David Pordy and Sam Spiritos for 2012, 2013, and 2014.

(v) Documents sufficient to show the total numbers of hours billed and fees collected by Shulman Rogers for 2012, 2013, and 2014.

(vi)   Documents sufficient to show compensation structure and calculation for Shulman Rogers equity and income partners applicable for 2012, 2013, and 2014.

(vii)  All memorandum, minutes, communications, or documents generated by or for the Executive Committee relating to Jeremy Schulman or Shulman Rogers's representation of the government of Somalia for 2009 through 2014.

(viii) All memorandum, minutes, communications, or documents generated by or for the Board of Directors relating to Jeremy Schulman or Shulman Rogers's representation of the government of Somalia for 2009 through 2014.

(ix)   All memorandum, minutes, or documents generated by or for monthly Shareholders' Meetings relating to Jeremy Schulman or Shulman Rogers's representation of the government of Somalia for 2009 through 2014.

(x)    All bookkeeping records related to the funds received on or about September 25, 2013 from Citibank New York pursuant to the following GID reference numbers:

   a. E1632680011201

   b. E1632680011301

   c. E1632680011501

   d. E1632680011701

   e. E1632680011801

   f. E1632680010901

   g. E1632680012001

(xi)   All final engagement letters between Shulman Rogers Gandal Pordy & Ecker, P.A. and:

   a. Ali Abdi Amalow;

   b. Abdiaziz Amalo;

   c. Abdusalem Omer;

   d. Any individual acting on behalf of the Transitional Federal Government of Somalia; or

   e. Any individual acting on behalf of Federal Government of Somalia.

(xii)  Any website pages, archived web pages, press releases issued by Shulman Rogers, or press releases issued at the direction of Shulman Rogers regarding Shulman Rogers's representation of the government of Somalia.

(xiii)  All communications with the U.S. Department of Justice relating to Shulman Rogers's professional liability insurance policy, including related to the coverage of Mr. Schulman's criminal defense pursuant to the professional liability insurance policy.

(xiv)  All documents and communications regarding David Pordy's departure from Shulman Rogers and the financial terms of such departure.

(xv)  All documents and communications relating to impropriety or allegations of financial impropriety or financial embezzlement by ▉▉▉▉▉▉▉.  This request requires the production of allegations, complaints, claims, internal reports, internal reviews, human resource records, payment records, settlements, findings, waivers, or releases of liability relating to ▉▉▉▉ conduct or alleged conduct with respect to allegations of financial impropriety or financial embezzlement, as well as the production of any misrepresentations made by ▉▉▉ in the course of evaluating such claims of impropriety.