IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY WYETH SCHULMAN** | : | |

### [PROPOSED] ORDER GRANTING DEFENDANT JEREMY SCHULMAN'S MOTION FOR LEAVE TO FILE AMENDED EXHIBIT A TO MOTION AND MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR RULE 17(C) SUBPOENA

Upon consideration of Defendant Jeremy Schulman's Motion for Leave to File an Motion for Leave to File an Amended Exhibit A to his Motion and Memorandum of Law in Support of his Request for a Rule 17(c) Subpoena, ECF No 432 ("Motion for Leave"), any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this ____ day of _____ 2024 hereby:

**ORDERED** that Mr. Schulman's Motion for Leave is **GRANTED**; and further

**ORDERED** that Mr. Schulman may file an Amended Exhibit A to his Motion and Memorandum of Law in Support of his Request for a Rule 17(c) Subpoena, ECF No 432.

**SO ORDERED.**

DATE: _____        _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　District of Maryland

1