

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

April 30, 2024

Re:  20-cr-0434, *United States v. Schulman*

## **LETTER ORDER**

Dear Parties:

The pretrial conference pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3 § 2 is scheduled for **Wednesday, May 8, 2024, at 10 a.m., in Courtroom 2C, Greenbelt Courthouse.**

At the hearing, the parties should be prepared to discuss:

- The timing and manner of the parties' review of classified information.
- The timing and manner in which the Court will review *in camera* classified information also redacted on privilege grounds.
- Schedule by which Mr. Schulman will notify the Government and the Court regarding classified material he reasonably expects to use pursuant to 18 U.S.C. app. 3 § 5.
- Proposed protective order pursuant to 18 U.S.C. app. 3 § 3.  The Government shall file its motion for protective order, corresponding memorandum of law, and proposed order, *see* U.S. Dep't of Justice, Justice Manual § 2054(c)), by no later than **Monday, May 6, 2024**.
- Any other relevant CIPA matters.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

  April 30, 2024  
Date

/S/  
Paula Xinis  
United States District Judge