UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. PX-20-0434 |
| ) | |
| JEREMY SCHULMAN ) | |
| ) | |

**MOVANT SHULMAN ROGERS'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Movant and Third Party Shulman Rogers, P.A. ("Shulman Rogers"), by and through undersigned counsel, and pursuant to Local Rule 105.11 of the Local Rules for the United States District Court for the District of Maryland, respectfully moves the Court for leave to file under seal its Motion to Quash Rule 17 Subpoena for Documents from Shulman Rogers and Memorandum in Support.

The Court has inherent power to seal submitted materials. *See In re Knight Pub Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests.")

Movant's Motion to Quash Rule 17 Subpoena for Documents from Shulman Rogers and Memorandum in Support contains references and language regarding a sealed Order (ECF 50) in sealed Case No. 8:17-cr-481-PX. Movant Shulman Rogers, by and through undersigned counsel, respectfully requests that the Motion be filed under seal to preserve any confidential information contained therein. Alternatives to sealing would not provide sufficient protection for the content related to the sealed case.

WHEREFORE, Shulman Rogers requests that this Court grant this Motion and place the Motion to Quash Rule 17 Subpoena for Documents from Shulman Rogers and Memorandum in Support under seal.

Dated: May 3, 2024            Respectfully submitted,

/s/ L. Barrett Boss_____
L. Barrett Boss (04404)
COZEN O'CONNOR
1200 19th Street, NW
Suite 300
Washington, DC 20036
Tel: (202) 912-4800
Fax: (202) 861-1905
bboss@cozen.com

Karen D. Williams
*(pro hac vice motion pending)*
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4800
Facsimile: (866) 413-0172
kwilliams@cozen.com

*Counsel for Movant Shulman Rogers*

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2024, a copy of the foregoing was transmitted to all parties of record via the electronic filing system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

*L. Barrett Boss*_____
L. Barrett Boss
