IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *  **CASE NO. PX-20-0434** |
| **JEREMY WYETH SCHULMAN,** | * |
| Defendant | * |

## ORDER

Having considered the matters discussed at the hearing on May 8, 2024 and in the Status Report filed by the Government on April 26, 2024, having been informed that classified information originating at the Department of State has now been shared with the parties, and understanding the need to protect such classified information under the Classified Information Procedures Act (CIPA), it is this 8th day of May 2024,

**HEREBY ORDERED** that, Pursuant to Section 2 of the Revised Security Procedures Established Pursuant to Pub. L. 95-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information ("Security Procedures"), this Court designates Daniella M. Medel, Security Specialist, for the position of Classified Information Security Officer (CISO). This Court further designates the following persons as Alternate CISOs, to serve in the event Ms. Medel is unavailable: Daniel Hartenstine, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade.

/s/
_____
Paula Xinis
United States District Judge