UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY WYETH SCHULMAN,<br><br>Defendant. | Criminal Action No. PX-20-0434 |

## CIPA SCHEDULING ORDER

With agreement of the parties, the Court supplements the Seventh Amended Pretrial Scheduling Order, ECF No. 443, and issues the following deadlines pursuant to the Classified Information Procedures Act, 18a U.S.C. §§ 4-6:

| | |
|---|---|
| May 15, 2024 | Defense counsel to complete all outstanding applicant tasks required to obtain the requisite security clearances and file a Notice of Compliance |
| June 7, 2024 | Pre-trial conference to resolve outstanding motions and discuss trial date – begins 9:30 a.m. (all day) |
| June 28, 2024 | Defendant's motion to compel discovery from the Department of State[1]<br><br>Defendant's filing pursuant to 18a U.S.C. § 5(a) |
| July 12, 2024 | Department of State's opposition to Defendant's motion to compel |
| July 26, 2024 | Defendant's reply in support of motion to compel discovery from the Department of State |
| July 29, 2024 | Government's filing pursuant to 18a U.S.C. § 6(a) |
| August 12, 2024 | Defendant's response to Government's filing pursuant to 18a U.S.C. § 6(a) |

---

[1] This deadline presumes that defense counsel receives interim security clearances that permit them to access the classified documents in advance of this date.

| | |
|---|---|
| August 15, 2024 | Government's reply in support of filing pursuant to 18a U.S.C. § 6(a) |
| August 26, 2024 | Hearing pursuant to 18a U.S.C. § 6(a) – 10:00 a.m. to 2 p.m. |

Dated: May 10, 2024

/s/ _____
Paula Xinis
United States District Judge