**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v. ) Criminal No. PX-20-0434  ) JEREMY SCHULMAN )  ) | |

### UNOPPOSED MOTION FOR LEAVE FOR SHULMAN ROGERS'S PRO HAC COUNSEL TO APPEAR WITHOUT LOCAL COUNSEL AT JUNE 7, 2024 HEARING

Movant Shulman Rogers, P.A. ("Shulman Rogers"), by and through undersigned counsel, respectfully moves the Court to waive the required presence of counsel of record, L. Barrett Boss, at the hearing on the Motion to Quash Rule 17 Subpoena for Documents from Shulman Rogers and Memorandum in Support (hereinafter "Motion to Quash") scheduled for June 7, 2024 at 9:30 am. Mr. Boss will be out of town on June 7, 2024 and thus unable to be present in Court for the Motion to Quash hearing scheduled that day. Counsel for Shulman Rogers has conferred with the parties regarding this motion: the government has no objection, and defense counsel consents.

Local Criminal Rule 201(1)(b) requires that "[a]ny party represented by an attorney who has been admitted *pro hac vice* must also be represented by an attorney who is, and continuously remains, an active member in good standing of the Bar of this Court who shall sign all documents and, unless excused by the presiding judge, be present at any court proceedings."

Counsel of record for Shulman Rogers, L. Barrett Boss, is an active member of the Bar of this Court and sponsored the *pro hac vice* admission of Karen D. Williams, which was granted on May 7, 2024. Ms. Williams, an active member in good standing of the United States District

Court for the District of Columbia, is a qualified attorney under Local Rule 701(a), and has familiarized herself with this Court's rules.

      Accordingly, Shulman Rogers respectfully moves the Court to excuse Mr. Boss from the requirement that he be present in court for the hearing on June 7, 2024, and to grant leave to permit Karen D. Williams to appear and address the Court on behalf of Shulman Rogers without local counsel.

Dated: June 3, 2024                    Respectfully submitted,

                                                                      */s/ Karen D. Williams*
                                                                        L. Barrett Boss (04404)
                                                                        Karen D. Williams *(pro hac vice)*
                                                                        COZEN O'CONNOR
                                                                        1200 19th Street, NW
                                                                        Suite 300
                                                                        Washington, DC 20036
                                                                        Tel: (202) 912-4800
                                                                        Fax: (202) 861-1905
                                                                        Fax: (866) 413-0172
                                                                        bboss@cozen.com
                                                                        kwilliams@cozen.com

                                                                        *Counsel for Movant Shulman Rogers*

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2024, a copy of the foregoing was transmitted to all parties of record via the electronic filing system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

/s/ _____
Karen D. Williams