Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**Paul W. Butler**
+1 202.887.4069 /fax: +1 202.887.4288
pbutler@akingump.com

June 3, 2024

The Honorable Paula Xinis
United States District Judge
c/o Clerk's Office
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770-1249

Re:    *United States v. Jeremy Schulman* (Cr. No. PX-20-434) – Hearing on June 7, 2024

Dear Judge Xinis:

Mr. Schulman, by and through counsel, respectfully submits this correspondence in response to the Court's instruction at the April 11, 2024 pretrial hearing that the defense identify additional statements by Abdiaziz Amalo that will be at issue during the June 7, 2024 evidentiary hearing.

The government's trial brief and exhibit list confirm that the government will rely solely on the hearsay testimony of Mr. Amalo to establish that Mr. Schulman agreed to participate in a conspiracy and that Mr. Schulman had knowledge of that conspiracy's object. It is Mr. Schulman's intent to show at the June 7, 2024 hearing that there is no independent evidence of a conspiracy to meet the threshold requirements of Rule 801(d)(2)(E).

To maintain the narrow scope of the June 7, 2024 hearing, defense counsel has only identified government exhibits dated before January 1, 2010, to which the defense objects. Nonetheless, Mr. Schulman maintains that the government should not be permitted to offer hearsay testimony from Mr. Amalo, for any date period, pursuant to Rule 801(d)(2)(E). Mr. Schulman reserves his ability to object to the government's exhibits at trial pursuant to the Federal Rules of Evidence.

Defense counsel previously identified the following statements as at issue during the June 7 hearing:



The Honorable Paula Xinis
June 3, 2024
Page 2

- AMALO stated that in 2009. . . Somalia did not have a bank account.  ECF No. 355-2 (Ex. 1), March 13, 2017 A. Amalo FD-302 at 2.[1]

- At that time in 2009, AMALOW was not the Governor of the Central Bank of Somalia ("CBS").  AMALOW was fighting with the transitional government regarding who had authority to speak on behalf of the CBS.  *See id.* at 4.

- AMALO stated that his uncle was not the Governor of the CBS in 2009, even though SCHULMAN put it in the memorandum.  *See id.* at 5.

- The Somali government at the time [2009] had a "beef" with AMALOW because his uncle used to work for the Central Bank Governor Bashir Isse.  *See* ECF No. 355-3 (Ex. 2), March 30, 2017 A. Amalo FD-302 at 1.[2]

- AMALO explained that in Somalia when someone leaves a position in the government, that person does not keep the title.  *See id.* at 3.

- If the office of Director of Asset Recovery had actually existed it would be under the Finance Minister…There was no such office in the Somali government.  *See id.* at 4.

- AMALO told SCHULMAN that office [of Asset Recovery] does not really exist in the Somalia government.  *See* ECF No. 355-4 (Ex. 3), April 20, 2017 A. Amalo FD-302 at 4.

- The Banks did not recognize the government of Somalia at the time [2009] because the Transitional Federal Government of Somalia was not recognized by most international governments.  *See* ECF No. 355-3 (Ex. 2), March 30, 2017 A. Amalo FD-302 at 6.

- AMALO told SCHULMAN that his uncle was not the Governor.  *See id.* at 2.

---

[1] The government represented at the April 11, 2024 hearing that it did not intend to elicit this statement.  *See* April 11, 2024 Hr'g Tr. at 97:15-19.  It is being included in this letter for the sake of completeness and to preserve Mr. Schulman's objection as to this testimony.

[2] In a meet and confer, the government advised that it did not intend to elicit this statement.  It is being included in this letter for the sake of completeness and to preserve Mr. Schulman's objection as to this testimony.  *See* April 11, 2024 Hr'g Tr. at 98:6-14.



The Honorable Paula Xinis
June 3, 2024
Page 3

- AMALO told SCHULMAN that [2009 Prime Minister Letter] would not look legitimate.  *See id.* at 2.

- AMALO told SCHULMAN that the decree put Amalow in charge of asset recovery but not banking affairs.  AMALO also told Schulman that the decree did not appoint Amalow to the position of "Director of Asset Recovery and Banking Affairs."  *See id.* at 4.

*See* ECF No. 355-1 at 14-17.

Mr. Schulman submits that the following government exhibits ("GX") are inadmissible pursuant to the Hearsay Rule, Federal Rule of Evidence 403, and Federal Rule of Evidence 602. These exhibits are compiled and enclosed as Exhibit A to this filing:

- GX 1005, GX 1005A
- GX 1006, GX 1006A
- GX 1007, GX 1007A
- GX 1008, GX 1008A
- GX 1017, GX 1017A
- GX 1022, GX 1022A, GX 1022B
- GX 1023, GX 1023A, GX 1023B
- GX 1024, GX 1024A
- GX 1025, 1025A
- GX 1027, GX 1027A
- GX 1028, GX 1028A, GX 1028B

Respectfully,

Paul W. Butler
Allison T. Coffin
Madeline M. Bardi
*Counsel for Jeremy Wyeth Schulman*

cc:     Stanley E. Woodward Jr., Esq., Brand Woodward Law