IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. PX-20-434 |
| | * | |
| JEREMY SCHULMAN, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## GOVERNMENT'S JUNE 7 HEARING EXHIBIT LIST

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| | | | |
| | | | |
| **Communications (1000 Series)** | | | |
| 1000 | Email from A. Amalo to J. Schulman, dated June 27, 2009. DOJ-SCH-0000183404 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1001 | Email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093920 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1001A | Attachment to email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093921 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1002 | Email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093922 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1002A | Attachment to email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093923 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1003 | Email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093907 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1003A | Attachment to email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093908 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1003B | Attachment to email from J. Schulman to A. Amalo, dated July 29, 2009. DOJ-SCH-0000093909 | JUN 0 7 2024 | JUN 0 7 2024 |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1004 | Letter from J. Schulman to Ali Amalow, dated July 29, 2009.<br>DOJ-SCH-0000159256 | | |
| 1005 | Email from Hassan Amalo (amalosr@yahoo.com) to A. Amalo, dated August 3, 2009.<br>DOJ-SCH-0000177689 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1005A | Attachment to email from Hassan Amalo (amalosr@yahoo.com) to A. Amalo, dated August 3, 2009.<br>DOJ-SCH-0000177690 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1006 | Email from aamalo@hjf.org to aamalo@gmail.com, dated August 3, 2009.<br>DOJ-SCH-0000458898 | | |
| 1006A | Attachment to email from aamalo@hjf.org to aamalo@gmail.com, dated August 3, 2009.<br>DOJ-SCH-0000458899 | | |
| 1007 | Email from it services to aamalo@hjf.org and aamalo@gmail.com, dated August 3, 2009.<br>DOJ-SCH-0000379788 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1007A | Attachment to email from it services to aamalo@hjf.org and aamalo@gmail.com, dated August 3, 2009.<br>DOJ-SCH-0000379789 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1008 | Email from A. Amalo to J. Schulman, dated August 4, 2009.<br>DOJ-SCH-0000093924 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1008A | Attachment to email from A. Amalo to J. Schulman, dated August 4, 2009.<br>DOJ-SCH-0000093925 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1009 | Letter from J. Schulman to New York State Office of the Comptroller, dated August 24, 2009.<br>DOJ-SCH-0000117180 | | |
| 1010 | Email from J. Schulman to A. Amalo, dated September 18, 2009.<br>DOJ-SCH-0000124707 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1010A | Attachment to email from J. Schulman to A. Amalo, dated September 18, 2009.<br>DOJ-SCH-0000124708 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1011 | Letter from New York Office of the Comptroller to J. Schulman, dated September 24, 2009.<br>DOJ-SCH-0000089929 | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1012 | Email from A. Amalo to Ali Amalow (amalow75@yahoo.com), dated September 27, 2009. DOJ-SCH-0000183517 | | |
| 1013 | Email from J. Schulman to A. Amalo and Ali Amalow (amalow75@yahoo.com), dated October 1, 2009. DOJ-SCH-0000174931 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1013A | Attachment to email from J. Schulman to A. Amalo and Ali Amalow (amalow75@yahoo.com), dated October 1, 2009. DOJ-SCH-0000174932 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1013B | Attachment to email from J. Schulman to A. Amalo and Ali Amalow (amalow75@yahoo.com), dated October 1, 2009. DOJ-SCH-0000174935 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1013C | Attachment to email from J. Schulman to A. Amalo and Ali Amalow (amalow75@yahoo.com), dated October 1, 2009. DOJ-SCH-0000174936 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1014 | Email from J. Schulman to A. Amalo, dated October 15, 2009. DOJ-SCH-0000174948 | | |
| 1014A | Attachment to email from J. Schulman to A. Amalo, dated October 15, 2009. DOJ-SCH-0000174949 | | |
| 1015 | Email from J. Schulman to A. Amalo, dated November 24, 2009. DOJ-SCH-0000136413 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1015A | Attachment to email from J. Schulman to A. Amalo, dated November 24, 2009. DOJ-SCH-0000136414 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1016 | Email from J. Schulman to A. Amalo, dated November 24, 2009. DOJ-SCH-0000136409 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1016A | Attachment to email from J. Schulman to A. Amalo, dated November 24, 2009. DOJ-SCH-0000136410 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1017 | Email from A. Amalo to mfsomalia@gmail.com, dated December 3, 2009. DOJ-SCH-0000430006 | | |
| 1017A | Attachment from A. Amalo to mfsomalia@gmail.com, dated December 3, 2009. DOJ-SCH-0000430007 | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1017B | Attachment to email from A. Amalo to mfsomalia@gmail.com, dated December 3, 2009. DOJ-SCH-0000430008 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1018 | Email from mof.somalia@gmail.com to A. Amalo, dated December 13, 2009. DOJ-SCH-0000167149 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1018A | Attachment to email from mof.somalia@gmail.com to A. Amalo, dated December 13, 2009. DOJ-SCH-0000167152 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1018B | Translation of attachment to email from mof.somalia@gmail.com to A. Amalo, dated December 13, 2009. DOJ-SCH-0000167152-T | | |
| 1018C | Abdi Elmi Certificate of translation for translation of attachment to email from mof.somalia@gmail.com to A. Amalo, dated December 13, 2009. | | |
| 1019 | Email from A. Amalo to J. Schulman and others, dated December 13, 2009. DOJ-SCH-0000183665 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1019A | Attachment to email from A. Amalo to J. Schulman and others, dated December 13, 2009. DOJ-SCH-0000183668 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1019B | Attachment to email from A. Amalo to J. Schulman and others, dated December 13, 2009. DOJ-SCH-0000183669 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1020 | Email from A. Amalo to J. Schulman, dated December 14, 2009. DOJ-SCH-0000187329 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1021 | Email from J. Schulman to A. Amalo, dated December 15, 2009. DOJ-SCH-0000093226 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1021A | Attachment to email from J. Schulman to A. Amalo, dated December 15, 2009. DOJ-SCH-0000093227 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1022 | Email from A. Amalo to F. Abdi, dated December 15, 2009. DOJ-SCH-0000183677 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1022A | Attachment to email from A. Amalo to F. Abdi, dated December 15, 2009. DOJ-SCH-0000183678 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1022B | Attachment to email from A. Amalo to F. Abdi, dated December 15, 2009. DOJ-SCH-0000183679 | JUN 0 7 2024 | JUN 0 7 2024 |

- 4 -

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1023 | Email from F. Abdi to A. Amalo, dated December 16, 2009.<br>DOJ-SCH-0000442043 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1023A | Attachment to email from F. Abdi to A. Amalo, dated December 16, 2009.<br>DOJ-SCH-0000442044 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1023B | Attachment to email from F. Abdi to A. Amalo, dated December 16, 2009.<br>DOJ-SCH-0000442045 | | |
| 1024 | Email from F. Abdi to A. Amalo, dated December 16, 2009.<br>DOJ-SCH-0000442086 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1024A | Attachment to email from F. Abdi to A. Amalo, dated December 16, 2009.<br>DOJ-SCH-0000442087 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1025 | Email from A. Amalo to J. Schulman, dated December 16, 2009.<br>DOJ-SCH-0000093224 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1025A | Attachment to email from A. Amalo to J. Schulman, dated December 16, 2009.<br>DOJ-SCH-0000093225 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1026 | Email from J. Schulman to A. Amalo, dated December 17, 2009.<br>DOJ-SCH-0000093222 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1026A | Attachment to email from A. Amalo to J. Schulman, dated December 17, 2009.<br>DOJ-SCH-0000093223 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1027 | Email from A. Amalo to F. Abdi, dated December 17, 2009.<br>DOJ-SCH-0000427620 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1027A | Attachment to email from A. Amalo to F. Abdi, dated December 17, 2009.<br>DOJ-SCH-0000427621 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1028 | Email from F. Abdi to A. Amalo, dated December 22, 2009.<br>DOJ-SCH-0000184777 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1028A | Attachment to email from F. Abdi to A. Amalo, dated December 22, 2009.<br>DOJ-SCH-0000184779 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1028B | Decree translation excerpt from attachment to email from F. Abdi to A. Amalo, dated December 22, 2009.<br>DOJ-SCH-0000184780 | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1029 | Email from A. Amalo to J. Schulman, dated December 22, 2009. DOJ-SCH-0000081905 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1029A | Attachment to email from A. Amalo to J. Schulman, dated December 22, 2009. DOJ-SCH-0000081906 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1058 | Email from A. Amalo to J. Schulman, dated August 4, 2010. DOJ-SCH-0000182945 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1058A | Attachment to email from A. Amalo to J. Schulman, dated August 4, 2010. DOJ-SCH-0000182946 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1059 | Email from J. Schulman to A. Amalo, dated August 4, 2010. DOJ-SCH-0000174244 | JUN 0 7 2024 | JUN 0 7 2024 |
| 1059A | Attachment to email from J. Schulman to A. Amalo, dated August 4, 2010. DOJ-SCH-0000174245 | JUN 0 7 2024 | JUN 0 7 2024 |