IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * | |
| vs. | * | Case No.: PX 20-434 |
| JEREMY WYETH SCHULMAN<br>Defendant | * | |
| | * | |
| | ****** | |

___ FILED   ___ ENTERED
___ LOGGED  _BV_ RECEIVED

JUN 7 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S/GOVERNMENT'S EXHIBITS**

_____
_____
_____
_____

All Plaintiff's/Government's exhibits returned: 06/07/2024

**DEFENDANT'S EXHIBITS**

_____
_____
_____
_____

All Defendant's exhibits returned: 06/07/2024

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
X _[signature]_
David Salem
X _____
Jason Manning

Counsel for Defendant(s):
X _____
Paul Butler
X _____
Allison Coffin
X _[signature]_
Madeline Bardi
X _____
Stanley Woodward

Date: June 7, 2024