

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

June 11, 2024

Re:  20-cr-0434, *United States v. Schulman*

## **LETTER ORDER**

Dear Parties:

On June 7, 2024, the Court held a motions hearing in the above-captioned case. This letter memorializes certain rulings.

As to the third-party motion to quash Schulman's subpoena served on Schulman Rogers, P.C. pursuant to Federal Rule of Criminal Procedure 17(c), the parties agree to meet and confer to narrow the scope of certain requests. Accordingly, and for the reasons stated on the record, the motion to quash is denied as to Request No. 3 and denied as moot as to Request Nos. 7 and 10–13. Request Nos. 1–2, 4–6, 8–9, 14–15 are modified as the Court directed at the hearing. Additionally, by no later than **Friday, June 14, 2024**, Schulman Rogers, P.C. shall produce a final privilege log to Mr. Schulman and Mr. Schulman shall provide Schulman Rogers with an itemized list of categories of documents sought for Request Nos. 2, 4–6.

The Court also grants in part and denies in part Mr. Schulman's motion to exclude Yussur Abrar's testimony, ECF No. 439, without prejudice to revisit the issues at trial.

Last, the Court heard testimony from Abdiaziz Hassan Amalo, the Government's principal cooperator. The Court requires additional briefing on the admissibility of his testimony at trial. By no later than **July 17, 2024,** the parties shall submit letter pleadings not to exceed five pages exclusive of exhibits on the admissibility of Mr. Amalo's testimony.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

  June 11, 2024  
Date

    /s/  
Paula Xinis  
United States District Judge