**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. PX-20-0434** |
| | : | |
| **JEREMY WYETH SCHULMAN** | : | |

**MOTION TO CONTINUE JUNE 28, 2024 FILING DEADLINE**

Defendant Jeremy Schulman, by and through counsel, respectfully moves the Court to continue the June 28, 2024 filing deadlines, as set forth in the CIPA Scheduling Order, to two weeks after the Court rules on the U.S. Department of State's assertion of privilege as to documents withheld from the U.S. Department of State's production in response to Mr. Schulman's Rule 17(c) subpoena. *See* ECF No. 470.

On May 8, 2024, the parties appeared before the Court for a pretrial conference regarding classified materials. At that hearing, the Court and the parties discussed the CIPA Scheduling Order. The CIPA Scheduling Order requires the defense to file its motion to compel discovery from the U.S. Department of State and to submit its filing pursuant to 18a U.S.C. § 5(a) by June 28, 2024. Both of these deadlines presumed that defense counsel would receive interim security clearances that permit them to access the classified documents in advance of this date.

Though defense counsel has received interim security clearances, the Court's *in camera* review of documents, over which the U.S. Department of State's asserts attorney-client privilege and deliberative process privilege, remains ongoing. Adhering to the current schedule would require Mr. Schulman to file a Section 5(a) notice as to the documents presently accessible to Mr. Schulman and a second Section 5(a) notice as to documents not presently accessible to Mr. Schulman. The current schedule would similarly require Mr. Schulman to file a motion to compel

before reviewing the documents over which the U.S. Department of State is asserting privilege, though his motion to compel will hinge on the corpus of documents released by the Court. The current schedule will likely create duplicative work for defense counsel, the government, and the Court. Accordingly, Mr. Schulman moves the Court to continue the June 28, 2024 filing deadline to two weeks after the Court rules on the U.S. Department of State's assertion of privilege as to documents withheld from the U.S. Department of State's production in response to Mr. Schulman's Rule 17(c) subpoena.

Undersigned counsel conferred with the government on this motion. The government's position is that Mr. Schulman should provide a preliminary Section 5(a) notice by the June 28, 2024 deadline with respect to the documents to which the defense has access and are not subject to any privilege dispute. The government does not object to an extension as to materials not presently disclosed to the defense.

## CONCLUSION

For the reasons stated above, Mr. Schulman respectfully moves the Court to continue the June 28, 2024 filing deadline, as set forth in the CIPA Scheduling Order, to two weeks after the Court rules on the U.S. Department of State's assertion of privilege as to documents withheld from the U.S. Department of State's production in response to Mr. Schulman's Rule 17(c) subpoena.

Dated: June 21, 2024

Respectfully submitted,

*/s/*
Paul W. Butler (*Pro Hac Vice*)
Allison T. Coffin (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP

2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   pbutler@akingump.com
         acoffin@akingump.com
         mbardi@akingump.com

*/s/*  _____
Stanley E. Woodward (MD Bar No. 18115)
*Counsel for Jeremy Wyeth Schulman*
Brand Woodward Law
400 Fifth Street NW, Suite 350
Washington, DC 20001
Telephone:  (202) 996-7447
Fax:  (202) 996.0113
E-mail:   stanley@brandwoodwardlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 21st day of June 2024, I electronically filed the foregoing Motion to Continue June 28, 2024 Filing Deadline with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system.  The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: June 21, 2024                              Respectfully submitted,

                                                          /s/
                                                          _____
                                                          Paul W. Butler (*Pro Hac Vice*)
                                                          *Counsel for Jeremy Wyeth Schulman*
                                                          Akin Gump Strauss Hauer & Feld LLP
                                                          2001 K Street NW
                                                          Washington, DC 20006
                                                          Telephone:  (202) 887-4000
                                                          Fax:  (202) 887-4288
                                                          E-mail:  pbutler@akingump.com