

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

July 3, 2024

Re:  20-cr-0434, *United States v. Schulman*

## **LETTER ORDER**

Dear Parties:

The Court previously ordered the U.S. Department of State ("DOS") to produce ex parte all documents withheld or redacted on privilege grounds for the Court's in camera inspection. ECF No. 423.  After reviewing the documents, and taking into consideration the asserted privilege grounds, the Court now orders DOS to disclose the documents in accordance with the log attached to this Order (the "Decision Log").[1]  The Court's disclosure decisions are in **red**. To avoid confusion, the Court has also identified the documents or portions of a document that shall remain "withheld;" or that are subject to this order because they are "FP"— those designated as Classified and that will be part of the separate process pursuant to the Classified Information Procedure Act, 18a U.S.C. §§ 4-6.  All documents or portions of a document that the Court has ordered disclosed are subject to the Protective Order at ECF No. 404.

During the Court's review, the Court identified certain discrepancies between the produced documents and the DOS' privilege log at ECF No. 427-3.  Where applicable, the Court noted these discrepancies in **red** within the Decision Log.  To avoid any doubt, disclosures must NOT include any documents intended to be designated "FP."

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

<u>July 3, 2024</u>  
Date

<u>   /s/          </u>  
Paula Xinis  
United States District Judge

---

[1] The Court adapted the DOS privilege log at ECF No. 427-3 by adding a column with the Court's decisions.