IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. PX-20-0434 |
| | : | |
| JEREMY SCHULMAN | : | |

### DEFENDANT JEREMY SCHULMAN'S MOTION
### FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 105.11, Defendant Jeremy Schulman, through counsel, respectfully moves the Court for leave to file under seal Mr. Schulman's Unredacted Supplemental Letter Briefing on Admissibility of Abdiaziz Amalo's Testimony (the "Unredacted Correspondence"), Unredacted Exhibit Index, and Exhibits A, B, G, and K attached thereto. For the reasons set forth below, the Unredacted Correspondence, Unredacted Exhibit Index, and Exhibits A, B, G, and K are confidential in nature, subject to this court's Protective Order at ECF No. 83, and contain sensitive information protected under Federal Rule of Criminal Procedure 49.1.

### I. THE MATERIALS SHOULD BE SEALED

The Court has inherent power to seal submitted materials. *See In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests.").

On September 3, 2021, this Court granted a joint motion for a protective order that covers certain categories of discovery produced by the government pursuant to Rules 16 and 16.1 of the Federal Rules of Criminal Procedure and Local Standing Order 2020-01. Exhibits G and K to Mr. Schulman's Unredacted Correspondence are subject to that order and are otherwise

confidential in nature. Mr. Schulman's Unredacted Correspondence and Unredacted Exhibit Index should also be filed under seal because they include reference to those sensitive materials.

Further, Exhibits A and B to Mr. Schulman's Unredacted Correspondence include sensitive personal identifying information protected under Fed. R. Crim. P. 49.1, including individuals' personal phone numbers. As such, Mr. Schulman files this motion to seal.

Alternatives to sealing the Unredacted Correspondence, Unredacted Exhibit Index, and Exhibits A, B, G, and K would not provide sufficient protection to the confidential information contained therein. The Court should permit the Unredacted Correspondence, Unredacted Exhibit Index, and Exhibits A, B, G, and K to be filed under seal to preserve any protected information contained therein.

## II. PERIOD OF TIME SOUGHT TO HAVE MATERIALS REMAIN UNDER SEAL

Mr. Schulman requests that the materials to be filed under seal remain sealed until further order of the Court.

For the foregoing reasons, Mr. Schulman respectfully requests that the Court enter an order allowing Mr. Schulman to file under seal his Unredacted Supplemental Letter Briefing on Admissibility of Abdiaziz Amalo's Testimony, Unredacted Exhibit Index, and Exhibits A, B, G, and K attached thereto.

Dated: July 17, 2024

Respectfully submitted,
*/s/*_____
Paul W. Butler (*Pro Hac Vice*)
Allison T. Coffin (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000

        Fax: (202) 887-4288
        E-mail:  pbutler@akingump.com
                 acoffin@akingump.com
                 mbardi@akingump.com

 /s/
Stanley E. Woodward (MD Bar No. 18115)
*Counsel for Jeremy Wyeth Schulman*
Brand Woodward Law
400 Fifth Street NW, Suite 350
Washington, DC 20001
Telephone: (202) 996-7447
Fax: (202) 996-0113
E-mail:   stanley@brandwoodwardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2024, I electronically filed the foregoing Motion for Leave to File Under Seal with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: July 17, 2024

Respectfully submitted,

*/s/*
Paul W. Butler (*Pro Hac Vice*)
*Counsel for Jeremy Wyeth Schulman*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: pbutler@akingump.com