

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

July 29, 2024

Re: 20-cr-0434, *United States v. Schulman*

**LETTER ORDER**

Dear Parties:

On July 26, 2024, the Court held a motions hearing in the above-captioned case. This letter memorializes certain rulings.

After consideration of the parties' supplemental pleadings at ECF Nos. 501 & 502 and for the reasons stated on the record, the Court grants in part, denies in part, and defers in part ECF Nos. 287 & 353 Part III. The Court excludes Statement Nos. 2, 3 & 9; permits Statement Nos. 6 & 7 for the non-hearsay purpose of the effect on the listener; and defers ruling on whether Statement Nos. 7 & 11 are permitted for the truth of the matter asserted pursuant to Federal Rule of Evidence 801(d)(2)(e). *See* ECF No. 505.

As stated on the record, the Court resolves ECF No. 359, and grants in part and denies in part ECF No. 402. The Court also denies as moot ECF Nos. 44, 220, 286, 318 & 424; and grants ECF Nos. 375, 378, 381 & 385.

Last, Defendant Jeremy Schulman shall file a status report **by August 9, 2024**, providing the Court with an update on his conversations with Shulman Rogers, P.C. and the extent to which ECF No. 452 remains outstanding.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

July 29, 2024
Date

/s/
Paula Xinis
United States District Judge