Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T  +1 202.887.4000
F  +1 202.887.4288
akingump.com



**Paul W. Butler**
+1 202.887.4069 /fax: +1 202.887.4288
pbutler@akingump.com

August 9, 2024

The Honorable Paula Xinis
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770-1249

      Re:    Status Report on Discussions with Shulman Rogers, P.C.
              *United States v. Jeremy Schulman* (Cr. No. PX-20-434)

Dear Judge Xinis:

      Mr. Schulman, by and through counsel, respectfully submits this update regarding defense counsel's discussions with Shulman Rogers, P.C. ("Shulman Rogers") as it relates to ECF No. 452.

      On June 11, 2024, the Court issued a letter order denying Shulman Rogers's Motion to Quash as to Request 3, denying as moot Shulman Rogers's Motion to Quash as to Request Nos. 7 and 10-13, and modifying the Subpoena as directed by the Court as to Request Nos. 1-2, 4-6, 8-9, 14-15.

      Counsel for Shulman Rogers has represented to defense counsel that Shulman Rogers is not in possession of documents in response to Request Nos. 8, 9, or 15.  Counsel for Shulman Rogers has provided undersigned counsel with a draft Proposed Stipulation and Protective Order for Third-Party Materials.  Undersigned counsel and counsel for Shulman Rogers continue to negotiate the terms of the protective order.  Counsel for Shulman Rogers has represented that it will produce documents to Mr. Schulman in response to Request Nos. 2, 3, and 14 upon entry of the protective order.

      Request Nos. 1 and 4-6 remain outstanding.  Defense counsel and counsel for Shulman Rogers continue to discuss a potential narrowing of Request 1.  Defense counsel has agreed to narrow Request Nos. 4 through 6 as follows:

- **Request 4**: Year-end bonus/compensation report for 2012, 2013, and 2014 for David Pordy and Sam Spiritos
- **Request 5**: Year-end firm-wide productivity reports for 2012, 2013, and 2014
- **Request 6**: Year-end Board of Directors and Executive Committee Memoranda reporting on determination of yearly bonus pool for Shulman Rogers equity and income partners in 2012, 2013, and 2014; written policy statements (in employee



The Honorable Paula Xinis
August 9, 2024
Page 2

       handbook, memoranda or otherwise) regarding compensation, including policies for awarding bonuses for Shulman Rogers equity and income partners, applicable for 2012, 2013, and 2014

Counsel for Shulman Rogers is in the process of evaluating these narrowed requests.

       Respectfully,

       Paul W. Butler
       Allison T. Coffin
       Madeline M. Bardi
       *Counsel for Jeremy Wyeth Schulman*

cc:    Stanley E. Woodward Jr., Esq., Brand Woodward Law