# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY SCHULMAN,<br><br>Defendant. | Criminal Action No. PX-20-0434 |

## EIGHTH AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the July 26, 2024 hearing, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| **October 25, 2024** | Joint Status Report regarding voir dire and jury selection |
| **October 29, 2024** | Pre-Trial Hearing – begins 10:00 a.m. |
| **December 9, 2024** | Trial begins. Expected length: 4 weeks |
| | The Court will not sit December 24, 2024 through January 1, 2025 |

Dated: August 13, 2024

/s/
Paula Xinis
United States District Judge