UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Crim. No. PX-20-0434 |
| **JEREMY WYETH SCHULMAN** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its undersigned attorneys, hereby provides notice that Trial Attorney Jason Manning, who is departing the Department of Justice, will withdraw from the above-captioned case effective Tuesday, August 27, 2024, at 5:00 p.m.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | EREK L. BARRON |
| Chief | United States Attorney |
| Fraud Section | District of Maryland |
| | |
| _____/s/_____ | _____/s/_____ |
| Jason M. Manning | David I. Salem |
| Allison McGuire | Assistant United States Attorney |
| Trial Attorneys | |

1