IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-20-0434 |
| | * | |
| JEREMY WYETH SCHULMAN, | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE

In light of, among other reasons, the Government's assessment of pre-trial evidentiary rulings in this case, the United States of America, by its undersigned attorneys, hereby files an unopposed motion, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss with prejudice the Indictment returned by the grand jury on December 2, 2020, against the defendant Jeremy Schulman (ECF No. 1).

Counsel for Mr. Schulman consents to the relief requested herein.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | EREK L. BARRON |
| Chief | United States Attorney |
| Fraud Section | District of Maryland |
| | |
| _____/s_____ | _____/s_____ |
| Allison L. McGuire | David I. Salem |
| Trial Attorney | Assistant United States Attorney |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-20-0434** |
| | * | |
| **JEREMY WYETH SCHULMAN,** | * | |
| | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******* | | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Upon consideration of the United States' Unopposed Motion to Dismiss the Indictment with Prejudice, and consideration of the record in this case, the Court hereby orders that the indictment (ECF No. 1) be, and hereby is, dismissed with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. All pending motions in this case are hereby dismissed as moot and all deadlines and court dates in the current scheduling orders are hereby vacated.

DATE: _____       _____
                                                                                                  Hon. Paula Xinis
                                                                                                  United States District Court Judge
                                                                                                  District of Maryland