IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PX-20-0434 |
| JEREMY WYETH SCHULMAN, | * |
| Defendant | * |

*******

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Upon consideration of the United States' Unopposed Motion to Dismiss the Indictment with Prejudice, and consideration of the record in this case, the Court hereby orders that the indictment (ECF No. 1) be, and hereby is, dismissed with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. All pending motions in this case are hereby dismissed as moot and all deadlines and court dates in the current scheduling orders are hereby vacated.

DATE: 8·30·2024

Hon. Paula Xinis
United States District Court Judge
District of Maryland