UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. PX-20-00434 |
| **JEREMY WYETH SCHULMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION FOR RETURN OF PROPERTY**

Defendant Jeremy Wyeth Schulman, by and through the undersigned counsel, respectfully requests this Court issue an Order authorizing the Clerk of the Court to return his passport.

Mr. Schulman was indicted on December 2, 2020. Indictment (Dec. 2, 2020) (ECF No. 1). On December 7, 2024, Mr. Schulman was arraigned and that same day, the Court issued an Order concerning the conditions of his release, including that he surrender his passport to the Clerk's Office. Order (Dec. 7, 2020) (ECF No. 10).

On Friday, August 30, 2024, the government filed a motion to dismiss all charges against Mr. Schulman, with prejudice, Motion (Aug. 30, 2024) (ECF No. 524), which the Court granted within hours. Order (Aug. 30, 2024) (ECF No. 525). Now that the prosecution as against Mr. Schulman has concluded, he respectfully requests the Court issue an Order authorizing the Clerk of the Court to return his passport and otherwise affirming that any and all conditions of his release during the pendency of the above-captioned matter are lifted and/or no longer applicable with the dismissal of the action against him.

[SIGNATURE NEXT PAGE]

| | |
|---|---|
| Dated: September 2, 2024 | Respectfully submitted,<br> *s/ Stanley E. Woodward, Jr.*<br>Stanley E. Woodward, Jr. (Md. Bar No. 18115)<br>BRAND WOODWARD LAW, LP<br>400 Fifth Street NW, Suite 350<br>Washington, DC 20001<br>202.996.7447 (telephone)<br>202.996.0113 (facsimile)<br>stanley@brandwoodwardlaw.com<br><br>*Counsel for Defendant Jeremy Wyeth Schulman* |

## CERTIFICATE OF SERVICE

On September 2, 2023, the undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, and subsequently electronically mailed to government counsel.

                                          */s/ Stanley E. Woodward, Jr.*
                                    Stanley E. Woodward, Jr. (MD Bar No. 18115)