UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. PX-20-00434 |
| JEREMY WYETH SCHULMAN, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Defendant Jeremy Wyeth Schulman's Motion for Return of Property, it is this 3rd day of September, 2024, hereby:

**ORDERED** that the motion is GRANTED; and it is hereby

**ORDERED** that the Clerk of the Court is authorized to return Mr. Schulman's passport to him, by and through his counsel of record.

**SO ORDERED.**

/s/
The Honorable Paula Xinis
United States District Judge